```
UNITED STATES  DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------x        20-CR-29(RJA-HKS)
UNITED STATES OF AMERICA,

vs.
                                   Buffalo, New York
DAVID BURGIN,                      January 11, 2023
               Defendant.
--------------------------x
```

**SUPPRESSION HEARING - Continued**


                    TRANSCRIPT OF PROCEEDINGS
          BEFORE MAGISTRATE JUDGE H. KENNETH SCHROEDER, JR.
                 UNITED STATES MAGISTRATE JUDGE


                    TRINI E. ROSS, ESQ.
                    United States Attorney
                    BY:  TIMOTHY C. LYNCH, AUSA
                    BY:  EVAN K. GLABERSON, AUSA
                    Federal Centre
                    138 Delaware Avenue
                    Buffalo, New York 14202

FOR DEFENDANT:      DONALD M. THOMPSON, ESQ.
                    16 West Main Street
                    Suite 243
                    Buffalo, New York 14614
                         -and-

                    HARRINGTON AND MAHONEY
                    BY:  JAMES P. HARRINGTON, ESQ.
                    70 Niagara Street
                    Third Floor
                    Buffalo, New York 14202




TRANSCRIBER:        Diane S. Martens
                    dimartens55@gmail.com


(Proceedings recorded by electronic audio recording,
 transcript produced by computer.)

US v. Burgin - 20-CR-29

1                    **P R O C E E D I N G S**

2                    *           *           *

3

4      (**WHEREUPON,** defendant present.)

5      **THE CLERK:**  United States vs. David Burgin, docket

6   number 20-CR-29.

7      This is a continuation of the evidentiary hearing.

8      Assistant United States Attorney Timothy Lynch and

9   Assistant United States Attorney Evan Glaberson appearing on

10  behalf of the government.

11     James Harrington and Donald Thompson appearing with

12  defendant.

13     **MAGITRATE JUDGE SCHROEDER:**  Good morning.

14     (Attorneys say good morning.)

15     **MAGITRATE JUDGE SCHROEDER:**  The government having

16  rested, are we ready to proceed with the defense?

17     **MR. HARRINGTON:**  We are, Judge.

18     **MAGITRATE JUDGE SCHROEDER:**  All right.

19     **MR. HARRINGTON:**  Judge, we were going to call

20  Mr. Burgin, the defendant, to the stand.

21     **MAGITRATE JUDGE SCHROEDER:**  All right.

22

23     **DAVID BURGIN,** called as a witness, having been duly

24  sworn, testifies as follows:

25     **MR. HARRINGTON:**  Judge, just preliminarily, the primary

Burgin - Direct - Harrington

1    testimony of Mr. Burgin is going to be about 56 Grimes Street

2    and I'm going to use the government photos that are already

3    in evidence.  And then I'm going to offer some that the

4    defense has also taken.

5         But what I propose to do is go through their

6    photographs, even though when we present our photographs,

7    we'll kind of loop back to some of the same places but I

8    think it's just more efficient if I do it like this.

9         **MAGITRATE JUDGE SCHROEDER:**  All right.  And your

10   photographs, are they marked Defendant's Exhibits A, B, C, et

11   cetera?

12        **MR. HARRINGTON:**  What I did, Judge, is I marked them as

13   one exhibit.  There's two different sets.  I marked each of

14   them as an exhibit and then numbered them just like the

15   (indiscernible).

16   **DIRECT EXAMINATION BY MR. HARRINGTON:**

17        **Q**    Mr. Burgin, you are the defendant in this case; is

18   that right?

19        A    Yes, sir.

20        **Q**    And I'm going to ask you some questions about,

21   first, about 56 Grimes Street, all right.

22             And are you familiar with 56 Grimes Street?

23        A    Yes, sir.

24        **Q**    Do you know who owns 56 Grimes Street?

25        A    Yes, sir.

Burgin - Direct - Harrington

1    **Q**    Who is that?

2    A    My mother.

3    **Q**    What's her name?

4    A    Karen Kittle (phonetic).

5    **Q**    And how long has she owned that property -- without

6    the exact date, just generally?

7    A    Since about 2000.

8    **Q**    And what type of a structure is that?

9    A    A brick building, two and a half stories.  It's a

10   multiple-use building.  There's apartments upstairs.  It's

11   like a bar area downstairs.

12   **Q**    When your mom purchased it, was the downstairs a

13   bar -- it might not have been operating but was it built like

14   a bar?

15   A    Yes, it was a bar.

16   **Q**    And since the year 2000 have changes or upgrades

17   been made to that property?

18   A    Yes, upgrades have been made.

19   **Q**    And have you participated in that?

20   A    Yes, I have.

21   **Q**    And what have you done in terms of helping with the

22   upgrades over the years?

23   A    Fixing the walls, remodeling the bathrooms, putting

24   down floors, changing fixtures.

25   **Q**    Has that been done on the first floor?

Burgin - Direct - Harrington

1    A    Yes.

2    Q    All right.  How about on the second floor?

3    A    Second floor, also.

4    Q    Has anything been done -- I take it there's an

5    attic; is that right?

6    A    Yes, there's an attic.

7    Q    Has there been any improvements to the attic?

8    A    A furnace was put up there.  No improvements.

9    Q    And did you do all this work yourself?

10   A    No.

11   Q    Did you do some of the work?

12   A    Yes, I did some of the work.

13   Q    Who else worked on the property?

14   A    My brother-in-law.

15   Q    What's his name?

16   A    Eric Johnson.

17   Q    Is he the one that did the primary work --

18   A    Yes.

19   Q    -- on it?

20   A    Yes.

21   Q    Is the bottom, the first floor of property, does

22   that still look like a bar?

23   A    Yes, correct.

24   Q    Can you tell me has that been used as a bar since

25   your mother purchased the property?

Burgin - Direct - Harrington

1       A    No.

2       Q    And what has the first floor been used for?

3       A    Really gatherings, a party, let's see a repass, a

4    wedding reception, just gathering friends, family.

5       Q    Did you or your mother or anyone else ever apply

6    for a liquor license for the bar?

7       A    No.

8       Q    Has the bar ever sold liquor since your mom owned

9    it?

10      A    No.

11      Q    When you said that there are parties there, what

12   does the property provide to the people who used the

13   facility?

14      A    Just the building.

15      Q    Okay.

16      A    Nothing else.

17      Q    So if they wanted to serve food, they have to bring

18   it; is that right?

19      A    Yes, correct.

20      Q    If they want to serve alcohol or drinks, they have

21   to bring those, too?

22      A    Yes, correct.

23      Q    And over the years has this been used -- do you and

24   your family, do you rent it out or you let people use it for

25   free?  What do you do?

Burgin - Direct - Harrington

1    A    It was really normally friends and family or

2    friends of family so, no, we don't really rent it out.  But

3    every now and then you will have somebody that want to give

4    you something or donation or anything like that.

5    Q    Do you have any idea how many times the property's

6    been used like that, the first floor, over the years?

7    A    A lot.  I don't have no, no specific idea.

8    Q    Now if someone wants to use the property, say, for

9    a post funeral reception or wedding or something like that,

10   who do they get permission to use the property from?

11   A    It's normally a family member but then that family

12   member would normally check with me to make sure it's not a

13   conflict of schedule or anything if somebody else already

14   ask.

15   Q    Are you generally in charge of the property?

16   A    Yes.

17   Q    Are, are any of the bills for the property in your

18   name or are they in your mother's?

19   A    One is in my name and one is in my brother-in-law

20   name.

21   Q    What's in your name?

22   A    Is it -- I think the gas is in my name and I think

23   the electric is in Eric's.

24       MR. LYNCH:  I'm sorry.  I didn't hear the last answer.

25       THE WITNESS:  I think the gas bill is in my name and I

Burgin - Direct - Harrington

1  think the electric's in Eric, my brother-in-law.

2       **MR. LYNCH:**  Thank you.

3       And, Mr. Burgin, you're kind of a soft speaker.  If you

4  could just get a little closer to the mike.  As I'm getting

5  older, it's harder to hear so I apologize.

6       **THE WITNESS:**  No problem.  No problem, sir.

7       **Q**    Okay.  Now, are you familiar with the second story

8  of 56 Grimes?

9       A    Yes, sir.

10      **Q**    And what is on the second story?

11      A    Two apartments and an office.  So it's three areas.

12      **Q**    And where are the apartments located on the second

13  floor?

14      A    You have the upper, upper front apartment.  Then

15  you have a office in the middle.  And then you have the rear

16  second apartment is the rear, apartment in the rear, upper

17  rear.

18      **Q**    Who uses the, back in July of, I'm sorry, February

19  of 2020, who was using the front apartment, if anybody?

20      A    It was rented out to Ray Lowman (phonetic).

21      **Q**    Ray Lowman?

22      A    Yes, sir, Ray Lowman.

23      **Q**    And how long had he lived there then?

24      A    At least four to five years.

25      **Q**    Did he provide any services for the building?

Burgin - Direct - Harrington

1      A    Well, kind of.  He was there for like security

2   purposes.  We had a lot of issues in the building with

3   break-ins and stuff like that.

4      Q    Over the years what kind of break-ins, what kind of

5   things were done to the building?

6      A    Vandalized, stole the copper pipes, just normal

7   brake-in stuff.

8      Q    Is this, is this building, is it located in a

9   residential area?

10     A    Yes.

11     Q    Okay.  How about across the street, are there

12  houses?

13     A    Well, across the street from it is a factory but

14  there is some houses in the area.

15     Q    And did you do anything over the years to make the

16  property more secure?

17     A    Yes.

18     Q    What did you do?

19     A    Well, we changed the lower windows.  We put in

20  block windows.  We changed the doors.  We put in metal doors,

21  security doors.  And we bricked off the back door.

22     Q    And Mr. Lowman, what was his obligation in terms of

23  providing security?

24     A    Well, he needed -- at the time he needed a place to

25  live.  So for reduced rent, him just being there and every

Burgin - Direct - Harrington

1    now and then he would help out after a party or something.

2    And he would keep the outside clean.

3        Q    What did you charge him for rent?

4        A    It started out as $300 and then it went up to $400

5    per month.

6        Q    Did that include anything?

7        A    Well, gas and electric is included.  It's an older

8    building so it's only one meter.

9        Q    Now, we've been hearing testimony about

10   February 19th of 2020.  Was Mr. Lowman there then?

11       A    Was he present --

12       Q    Yeah.

13       A    -- or was he living there?

14       Q    No, I'm sorry, bad question.

15            Was Mr. Lowman living at 56 Grimes on

16   February 19th, 2020?

17       A    Yes, he was.

18       Q    Do you know if he was present that day or that

19   night?

20       A    He was not present that night.

21       Q    Do you know where he was?

22       A    Yes.  He had went out of town probably four or five

23   days before then.

24       Q    That's what he told you, in any event; is that

25   right?

Burgin - Direct - Harrington


1      A    Yes.

2      Q    Now, in the apartment on the second floor -- or you

3  said there's an apartment in the front, that was

4  Mr. Lowman's, correct?

5      A    Correct.

6      Q    And then you said there's an office in between,

7  office area?

8      A    Correct.

9      Q    Was that office area actually separated from the

10 two apartments?

11     A    Yes, it's a locked door.

12     Q    There were walls separating the apartments, right?

13     A    Yes, correct.

14     Q    But there were doorways on either side of it to the

15 apartment?

16     A    Correct.

17     Q    And in the rear apartment, who stayed or used that

18 apartment?

19     A    I did.

20     Q    And how long had you been using that apartment?

21     A    Probably 2012.

22     Q    Was that your primary residence?

23     A    No.

24     Q    And how often did you stay there, if at all, you

25 stayed there?

Burgin - Direct - Harrington

1     A     Couple times a week, maybe.  It all depends.  It

2  all depends.

3     Q     Did you sleep overnight there?

4     A     Yes.

5     Q     And how about the office, who used the office in

6  the middle?

7     A     Only me.

8     Q     Now, as we go along, I will ask you some more

9  questions but I'm going to show you some, some photographs

10  and ask you to describe certain things for the judge.

11        Mr. Burgin, showing you the prosecution exhibit

12  number 10, at Page 11, do you recognize -- in evidence, do

13  you recognize what's displayed in that photograph?

14     A     Yes, I do.

15     Q     What is it?

16     A     It's the front of 56 Grimes, the upstairs front

17  apartment with the lights on and the downstairs also with the

18  lights on.

19     Q     Does the -- does that photograph show some of the

20  cinderblock windows or block windows?

21     A     Yes, it does, in the front, lower front.

22     Q     Are those that you and your family put in?

23     A     Yes, correct.

24     Q     Mr. Burgin, I'm showing you Government Exhibit 10

25  in evidence, Page 21.  Do you recognize what's depicted in

Burgin - Direct - Harrington

1   that photograph?

2       A    Steps with a doorbell wire that's been pulled off,

3   pulled out.

4       Q    Do you know what steps those were?

5       A    Yes.  The steps that lead up to the upper front

6   apartment where you enter the building from the Milburn side

7   of the building.

8       Q    And on, if you know, on February the 19th of 2020,

9   was that wire like that when you were last there?

10      A    No, it was not.

11      Q    Was that, was that wire in the property, though, at

12  that time?

13      A    Yes, it was in the property.  It was tacked up the

14  wall, the side of the wall, it was tacked up.

15      Q    And you said that was a doorbell wire, is that

16  right?

17      A    Yes, it was a doorbell wire.

18      Q    Mr. Burgin, I show you Government Exhibit 10 in

19  evidence, number 26.  Do you recognize what's depicted in

20  that photograph?

21      A    Yes, I do.

22      Q    And what is it?

23      A    Once again, that's the steps, this picture is taken

24  from a camera from up above the steps on a landing and it's

25  showing the steps that lead to the upper rear.  But the way

Burgin - Direct - Harrington

1  it's facing, that door that's open, that little, little door

2  that's straight ahead, that will lead directly into the bar

3  area.  It's a door on the left-hand side that you really

4  probably can't see.  You can see the little doorknob handle,

5  that door leads outside to the side view on Milburn Street.

6      Q   And is that door at the front of the building on

7  the side, on 56 Grimes --

8      A   Correct.

9      Q   -- the outside?

10     A   Yes, the outside door.  It's on the side, the front

11 door, the first door on the side.

12     Q   And if you look at the lower left side, can you see

13 the doorbell wire there?

14     A   I can -- where it's pulled off from the wall, yes,

15 I can see a little.

16     Q   Now, looking at the door at the bottom that is

17 open, you said that leads into the bar area; is that right?

18     A   Correct.

19     Q   Is that a full size door?

20     A   No, no.  You would have to duck down to go under to

21 walk through it.

22     Q   And can you tell me, that door is open and it

23 appears to be open toward the door that leads to the outside;

24 is that right?

25     A   Correct.

Burgin - Direct - Harrington

1    **Q**    Can you have both of those doors open at the same

2    time?

3    A    No.

4    **Q**    Do they bump into each other?

5    A    They will bump into each other.

6    **Q**    Showing you Government Exhibit 10, number 28, do

7    you recognize what's depicted in that photograph?

8    A    Yes, that's the other side of that door taken from

9    the inside view of the bar area and you see the steps that

10   lead up to the upper front apartment.

11   **Q**    In the middle of that picture, there appears to be

12   a door handle and a white door; is that right?

13   A    Yes.

14   **Q**    What is that?

15   A    That's the door that leads outside to Milburn

16   Street which would be the first side door.  Or the front side

17   door.

18   **Q**    Now I'm going to show you Government Exhibit 10,

19   photograph 40, do you recognize what's depicted in that

20   photograph?

21   A    Yes.

22   **Q**    What is that?

23   A    Those are the rear stairs that lead to the upper

24   rear apartment.

25   **Q**    And where do those stairs come from?

Burgin - Direct - Harrington

1      A      You enter those stairs from the bar area at the

2   rear of the bar or even from the upper rear apartment.

3      Q      And as we're looking here, where is this camera

4   taken from?

5      A      The camera, you can actually see the camera up top.

6   That little circle up top, in the middle of the picture, that

7   is the camera and it's taken, the camera view is from up

8   above and it comes down.  So this picture was a picture that

9   was taken from the bottom of the steps looking up to the

10  camera.

11     Q      But you're describing, since you mentioned it, was

12  there a camera system in 56 Grimes on February 19th, 2020?

13     A      Yes.

14     Q      Who installed that?

15     A      We did.  The security system people.

16     Q      All right.  But that's something that you and your

17  family contracted for and had put in; is that right?

18     A      Correct.

19     Q      Was that on all the time?

20     A      Yes.

21     Q      So, as you're looking up the stairs here, what's

22  that at the top of the stairs to the right?

23     A      A door.  It's a door that leads to the outside.

24     Q      What's outside of the door?

25     A      It's a roof.

Burgin - Direct - Harrington


1     Q     It's not a balcony or a stairway or anything like
2  that?
3     A     No, no stairway, no -- it's a roof.
4     Q     And is that door secured in some way?
5     A     Well, it's boarded up.
6     Q     Can you see the boards in there?
7     A     Yes, you can see the boards in the picture.  It's
8  boarded up.  It's locked.  It's screwed shut.
9     Q     The boarding is right in the middle of the
10  photograph; is that right, in the upper?
11     A     Correct, yes.
12     Q     Now, let me show you Government Exhibit 10, number
13  41.  Do you recognize what's depicted in that photograph?
14     A     Yes.
15     Q     What is that?
16     A     It's the side of the building of 56 Grimes on
17  Milburn, the Milburn Street.
18     Q     This appears to be taken in the nighttime, does it
19  not?
20     A     Correct, yes.
21     Q     If you look to the left of the photograph, there
22  appears to be a doorway there; is that right?
23     A     Correct.
24     Q     And what, what door is that?
25     A     That is the door that I was describing with the

18

Burgin - Direct - Harrington

1    steps that lead up to the upper front apartment.

2         Q    And to the right side there appears to be another

3    door; is that right?

4         A    Correct.

5         Q    What does that door lead to?

6         A    That is a door that leads to the bar and

7    immediately if you turn right, it will lead you to another

8    door that leads you to the steps, to the upper rear

9    apartment.

10        Q    But if you open the door on the right, you're right

11   in the bar area?

12        A    You're in the bar area, correct.

13        Q    Now, it appears to be that there are some glass

14   cinderblocks over the windows there; is that right, the four

15   windows across?

16        A    Yes, correct.

17        Q    Are those -- are those additional cinderblock

18   windows that you and your family put in?

19        A    Correct, for security purposes.

20        Q    It also indicates, at least from the window on the

21   right, that there are bars on it; is that right?

22        A    Correct, because that one we didn't put blocks in

23   because it was a fan so we had to put bars in for security

24   purposes.

25        Q    And it appears that there are lights on in like

Burgin - Direct - Harrington

1    maybe the third from the left on the second floor; is that

2    right?

3         A    Correct.  The lights are on in the upper front

4    apartment.  It looks like the lights are actually on in the

5    rear, too, but the shades is closed but it looks like the

6    lights are on but you can't really tell.  I can tell.

7         Q    Now, Mr. Burgin, I'm showing you Government Exhibit

8    10, photograph 44.  Can you identify what's depicted in that

9    photograph?

10        A    Okay, yes.  In the middle of the photograph, you

11   see the landing of where you enter into the upper front

12   apartment.  Okay.  Then right next to that landing, you see a

13   closet door to the right.  On the left, you see a bathroom

14   that someone is like kind of blocking and what that person is

15   near is the edge of the kitchen sink.  So basically when you

16   walk in through that landing, you're in the kitchen.

17        Q    Now, when you said, described the landing right in

18   the middle of this photograph, there's a -- it looks like a

19   white door; is that right?

20        A    I don't see a door.  That's a wall.

21        Q    Right.  I'm sorry, in the middle of the photograph,

22   can you describe what that is, right, right at that point

23   right in the middle toward the upper part?

24        A    In the middle -- the landing itself or?

25        Q    Just to the right of the landing, what is that?

Burgin - Direct - Harrington

1    A    To the right of the landing?  The steps?

2    **Q**    Yeah.

3    **MAGITRATE JUDGE SCHROEDER:**  Right there.

4    A    Yes.  That's the area of the steps that leads

5  downstairs.  Either if you go under the small door into the

6  bar or if you go out, you be outside on the Milburn side of

7  the property.

8    **MAGITRATE JUDGE SCHROEDER:**  Let the record reflect that

9  I used my index finger to draw a blue circle around what I

10 thought was, perhaps, a doorknob that I thought you were

11 referring to in your questions as to whether that was a door.

12   **MR. HARRINGTON:**  Correct.  That was a bad question.

13   **MAGITRATE JUDGE SCHROEDER:**  So I gather, Mr. Burgin,

14 that that's not a door and that's not a doorknob?

15   **THE WITNESS:**  Correct, but it did help me, your Honor.

16 Thank you.

17   **MAGITRATE JUDGE SCHROEDER:**  Can you --

18   **Q**    What appears to be a doorknob, is that the top of

19 the railing?

20   A    Correct.

21   **Q**    Okay.

22   A    Yes.

23   **Q**    So in the middle of the photograph is where if the

24 officers came up that stairway when they did their protective

25 sweep, that's where they would have come; is that right?

Burgin - Direct - Harrington

1    A    Correct, yes.

2    Q    And when they got to the stairway, which direction

3    would they have to turn to go into the upper front apartment?

4    A    Left.

5    Q    Left, okay.  And so what's depicted in the lower

6    part of the middle is the floor of the landing; is that

7    correct?

8    A    Correct.

9    Q    And on the right you said that's a closet for the

10   upper apartment?

11   A    Yes.

12   Q    Front apartment?

13   A    Correct.

14   Q    And the left is a partial view of the bathroom and

15   the kitchen; is that right?

16   A    Yes, correct.

17   Q    Mr. Burgin, I'm showing you Government Exhibit 10,

18   photograph 56.  Can you identify what's in that photograph?

19   A    It's a garbage can.  I see the kitchen floor.  It's

20   in the rear apartment, rear upper apartment.  And it looks

21   like that's the bedroom floor that's off the kitchen in the

22   rear apartment.

23   Q    How can you tell it's the rear apartment?

24   A    Honestly, the kitchen's -- the kitchen floor is put

25   in diamonds in the rear apartment.  It is straight in the

Burgin - Direct - Harrington

1  upper -- I mean, in the upper apartment -- the front

2  apartment not upper but the front.  Both of these are upper

3  apartments.

4       **Q**    So the floor tiles in the rear apartment are put in

5  it looking like a diamond; is that right?

6       A    Diamond, yes.

7       **Q**    And in the front, they look just square?

8       A    Square, just straight.

9       **Q**    And do you recognize that garbage bin, if that's

10  what you want to call it?

11       A    Yes, the garbage can, yes, garbage bin.

12       **Q**    What appears to be at the top of that?

13       A    A National fuel bill.

14       **Q**    No.  I'm talking about in the photograph right up

15  at the top.

16       A    Oh, the lid.

17       **Q**    Was there a lid with this garbage can?

18       A    Yes, it's still connected.

19       **Q**    And was that garbage can left open with the lid

20  left open?

21       A    No, never.

22       **Q**    Now, you started to say that there appears to be a

23  National fuel bill; is that right?

24       A    Correct, yes.

25       **MR. HARRINGTON:**  And would you put this on.

Burgin - Direct - Harrington

1    **Q**    This appears to be a -- Government Exhibit 10,

2    photograph 57 -- this appears to be a larger shot of the bill

3    that you just described; is that right?

4    A    Correct, yes.

5    **Q**    And is that your National fuel bill?

6    A    Correct, yes.

7    **Q**    And what was the address that was sent to?

8    A    79 Brunswick Boulevard in Buffalo, New York, 14208.

9    **Q**    Can you tell me with the way that the bill is shown

10   in Exhibit, Government Exhibit 10 in 56, is that the way that

11   you left your bills or disposed of your bills?

12   A    No, sir.

13   **Q**    What was your practice with the bills?

14   A    All right.  When I do my bills, I normally do all

15   my bills at the same time, okay.  And the main sheet, the

16   first sheet on the bill that shows the amount due, I write

17   down amount that I pay on the bill because I pay all my bills

18   either online or through an app.  And I keep that and I put

19   it in a folder, all my bills for the month.  And when I'm

20   done with the remaining parts of the bill, I rip them all up.

21   If I'm in this building and in the office, I have a shredder

22   and I shred it all up.

23   **Q**    So do you recall taking your National fuel bill on

24   February the 19th or any time near there of 2020 and putting

25   it into the garbage bin like this?

Burgin - Direct - Harrington

1       A    No, sir, I never would have.

2       Q    Do you know when you got that bill?

3       A    Yes.

4       Q    When did you get it?  When did you pick it up?

5       A    I picked it up February 19th.  After I left the gym

6   that day I stopped at 79 Brunswick boulevard and picked up

7   all my bills from the house.

8       Q    And what's at 79 Brunswick in terms of who lives

9   there?

10      A    That's where I live, sir.

11      Q    Now, we'll come back to that when I show you -- we

12  can do it now.

13           Let me show you Government Exhibit 10.  Showing you

14  Government Exhibit 10 in evidence, photograph number 95, do

15  you recognize what that is?

16      A    Yes, sir.

17      Q    What is that?

18      A    That's my sling bag.

19      Q    Sling bag?

20      A    Yes, sir.

21      Q    And can you tell where your sling bag is in that

22  photograph?

23      A    It's on the couch.

24      Q    And where in the building?

25      A    In the rear upper apartment.

Burgin - Direct - Harrington

1    Q    Can you tell me what did you do with your bills

2    after you picked them up at 79 Brunswick.

3    A    I put them inside my sling bag.

4    Q    And did you bring that sling bag with you to

5    56 Grimes Street?

6    A    Yes, I did.

7    Q    And did you put the bag on the couch there?

8    A    Probably not.

9    Q    Okay.  Do you recall bringing the bag into 56

10    Grimes?

11    A    Yes, I do.

12    Q    Do you recall bringing it up to the second floor

13    apartment?

14    A    Yes, I do.

15    Q    Do you recall taking your bills out that night?

16    A    No, sir.

17    Q    Do you recall not taking your bills out?

18    A    I did not take my bills out that night.  I did not

19    take my bills out the sling bag, sir.

20    Q    Now, showing you Government Exhibit 10 in evidence,

21    photograph number 102, do you see what's depicted there?

22    A    Yes, sir.

23    Q    Do you recognize what that is?

24    A    It's the rest of my bills and IDs and credit cards

25    and stuff of that nature.

Burgin - Direct - Harrington

1    **Q**    Had you opened your bills that night?

2    A    Had I opened them?

3    **Q**    Yeah.  Before you went to 56 Grimes.

4    A    Some might have been opened partially.

5    **Q**    All right.

6    A    But not all of them.

7    **Q**    And were those bills left by you in whatever area

8    that is at 56 Grimes or not?

9    A    No, sir.  They weren't -- all my bills were in my

10   sling bag.

11   **Q**    It also appears to depict some cards at the bottom;

12   is that right?

13   A    Yes, some credit cards, my licenses, old licenses.

14   It looked like an old bank card maybe.

15   **Q**    Did you leave your bank cards and your licenses

16   around that night?

17   A    No, sir.

18   **Q**    Where did you keep those?

19   A    My newer one would have been in my sling bag.  Some

20   of these look very old so I'm assuming that they might have

21   found some of these stuff upstairs in the attic because I

22   haven't had a Bank of America credit card in years and I see

23   that's a Bank of America symbol right there.  And I do not

24   carry three IDs with me in my sling bag ever.

25       **MR. HARRINGTON:**  Judge, I propose to use two sets of

Burgin - Direct - Harrington

1    photographs that I can represent to the Court were taken by

2    me and or my former associate, Jesse Pyle.  They were taken

3    well after the events in this case.  One was, I think, was

4    April 25th of 2021 and the second was in September of 2022.

5         And I'm not offering them to talk about anything in

6    terms of property line around or anything like that.  I'm

7    only offering to try and clarify for the Court exactly what

8    this property looked like.  And Mr. Burgin testified that the

9    parts of the photographs are still the same as they were that

10   night.

11        So I'm offering two packages:  Q and R.  I've shown them

12   to Mr. Lynch already.

13        **MAGITRATE JUDGE SCHROEDER:**  So one package is marked

14   Defendant's Q?

15        **MR. HARRINGTON:**  Yes.

16        **MAGITRATE JUDGE SCHROEDER:**  And the other is R?

17        **MR. LYNCH:**  For that limited purpose, Judge, the

18   government doesn't object.

19        **MR. GLABERSON:**  And just for the record, are we correct

20   that Q is the April 2019 photographs and R is the

21   September 2000?

22        **MR. LYNCH:**  It's not April 2019, though.  It's

23   April 2021.

24        **MR. GLABERSON:**  Oh, sorry.

25        **MR. LYNCH:**  I just wanted to make sure --

Burgin - Direct - Harrington

1        **MR. GLABERSON:**  I'm sorry, I --

2        **MAGITRATE JUDGE SCHROEDER:**  I heard Mr. Glaberson say Q

3   was photos in 2019.

4        But I thought I heard you say, Mr. Harrington, that the

5   photos were taken in 2001 and 2022.

6        **MR. LYNCH:**  Yeah, that's what I have, too.

7        **MR. GLABERSON:**  Q is April 25th, 2021 and R is

8   September 18th, 2021.

9        **MR. LYNCH:**  2022.

10        **MR. HARRINGTON:**  Actually R should be 2022, Judge,

11   September 18th, 2022.

12        **MR. LYNCH:**  That's what I have.

13        **MR. GLABERSON:**  Thanks.

14        **MR. HARRINGTON:**  Are those received then, Judge?

15        **MAGITRATE JUDGE SCHROEDER:**  The government having no

16   objection for the use for which they've been offered, are

17   received in evidence.

18        **Q**    Mr. Burgin, I'm just going to go through some of

19   these photographs fairly quickly.

20        The first is Defendant's Exhibit's Q1 in evidence.

21   Can you identify what's depicted in that photograph?

22        A    Yes, it's the lower rear of 56 Grimes.

23        **Q**    And on the left there appear to be some white

24   curtains there, what's that?

25        A    It's just a little area.  It's really a little

Burgin - Direct - Harrington

1    sitting area but right now I'm seeing stuff stored in there

2    but it's just a little area.  It used to be a kitchen.  When

3    my mother first bought the building, it was a kitchen.

4        Q    And over to the right there appears to be a door

5    that's dark.  What door is that?

6        A    The gray door?

7        Q    Yeah.

8        A    That's the door that leads outside to Milburn

9    Street.  So that would be the rear side door.

10       Q    Was that door used by you or other people to enter

11   the premises, too?

12       A    No, that's an exit only door.

13       Q    And next to that, there appears to be a white door;

14   is that right?

15       A    Correct, yes.

16       Q    What is that door?

17       A    That door leads to the rear stairs which leads to

18   the upper rear apartment.

19       Q    Showing you Defendant's Exhibit's Q3, can you tell

20   what's depicted there?

21       A    Yes, yes.  That is the landing to the upper front

22   apartment which you would have to take the upper front

23   stairs.

24       Q    Is that the same landing that you described a few

25   minutes ago?

Burgin - Direct - Harrington

1    A    Yes, it is, correct.

2    Q    And showing you Defendant's Exhibit Q, number,

3    photograph number 4, can you identify what that is?

4    A    Yes.  That's the picture of Jesse Pyle and the

5    little door that you have to duck under to get into the steps

6    to go up the steps that lead up to the upper front apartment.

7    **MR. HARRINGTON:**  Judge, I'd like you to take judicial

8    notice of Mr. Pyle (indiscernible).

9    **MAGITRATE JUDGE SCHROEDER:**  So noted.

10    **MR. LYNCH:**  We were going to object to that photo but

11    Mr. Harrington really wanted to put it in, so.

12    **MR. THOMPSON:**  He's not a giant.

13    **MAGITRATE JUDGE SCHROEDER:**  So that photo had the small

14    door showing the stairs going to the upper front?

15    **THE WITNESS:**  To the upper front apartment, correct,

16    Judge.

17    Q    Okay.  Showing you Defendant's Exhibit Q in

18    evidence, photograph number 5, can you identify that?

19    A    All right.  There's a picture taken from the

20    landing downward which shows the door to the left that leads

21    to the outside on Milburn Street and a smaller door that

22    leads to the inside of the bar area.

23    Q    There appears to be a two-by-four or a board there

24    at the bottom; is that right?

25    A    Correct, yes.

Burgin - Direct - Harrington

1    **Q**    Was that there the night the search was conducted?

2    A    No, it was not.

3    **Q**    Was that put there afterwards as far as you know?

4    A    Yes, it was for security.

5    **Q**    I'm showing you defense Exhibit Q, number 4.  Can

6    you identify what's in that photograph?

7    A    Okay, these are the rear, the rear steps that lead

8    to the upper rear apartments.

9    **Q**    And following up on that, showing you Defense

10   Exhibit Q, photograph number 7, do you recognize what that

11   is?

12   A    Yes.  That is the door -- when you get to the

13   landing of the upper rear steps, that is the door that lead

14   outside to another like roof area basically but it leads

15   outside.

16   **MAGITRATE JUDGE SCHROEDER:**  Wait a minute.  I didn't

17   quite get all of that.  This is a door that you say leads to

18   the outside?

19   **THE WITNESS:**  It leads to the outside.  It's a roof,

20   it's a roof on the other side of that door.

21   **MAGITRATE JUDGE SCHROEDER:**  So this is in the upper area

22   of the building?

23   **THE WITNESS:**  Correct, yep.  It's at the top of the

24   landing of the rear stairs which leads to the rear apartment,

25   upper rear apartment.

Burgin - Direct - Harrington

1    **Q**    Now I'm showing you Defendant's Exhibit Q,

2    photograph number 9.  Can you identify what's depicted in

3    that photograph?

4    A    That is the living room of the upper front

5    apartment and that door to the left that is a bedroom, that

6    is the bedroom of the upper front apartment.

7    **Q**    If you recall, was the apartment in that condition

8    that night, things are thrown around?

9    A    Well, it might not have been thrown around but some

10   of that stuff there is still from the original day, correct.

11   **Q**    That would be Mr. Lowman's apartment; is that

12   right?

13   A    Yes, that would be about Mr. Lowman's, Ray Lowman's

14   apartment.

15   **Q**    Showing you Defendant's Exhibit Q, photograph 10.

16   Can you identify what's depicted there?

17   A    That's the rest of the front room, upper front

18   apartment and that is the front window that you can see out

19   the front to 56 Grimes Street.

20   **Q**    That was Mr. Lowman's apartment; is that right?

21   A    Correct, yes.

22   **Q**    Showing you Defendant's Exhibit Q, photograph

23   number 11.  Can you identify what's depicted in that?

24   A    That's the upper front bedroom and it's a TV on the

25   wall, a bed, a chair with, I think, a little heater on it and

Burgin - Direct - Harrington

1  a radio or a speaker.

2      Q    Is there a television in that?

3      A    Yeah, the television is hanging on the wall,

4  correct.

5      Q    Showing you Defendant's Exhibit Q, photograph

6  number 13, can you identify that?

7      A    Yes.  That's the upper front kitchen area.  See how

8  the tiles is in squares instead of diamonds.  So that's the

9  upper front kitchen area.  You can see the hall in the middle

10 of it.  You can see the closet door's now shut to the right

11 side of the -- excuse me, to the right side of the landing

12 door.  To the left side of the landing door, that's a door

13 that goes into the bathroom.  You can actually see the shower

14 is with the door you see the shower, part of the shower is

15 sticking in that picture.  You see the kitchen sink.  And

16 then there's another door that leads up to the attic all the

17 way over to the right.

18     Q    So, if someone were entering the property, come up

19 the stairway near the front of the building, they would enter

20 through the door in the middle of the photograph, the door

21 that's open, correct?

22     A    Correct.

23     Q    And you said that the tiles in the front bedroom

24 were squared rather than --

25     A    Correct, in the front apartment, correct.

Burgin - Direct - Harrington

1    **Q**    So if you came in that door, you would immediately

2    be in Mr. Lowman's kitchen?

3    A    Correct.

4    **Q**    And if you turn to your right, you would go to the

5    bathroom, is that what you --

6    A    Correct.

7    **Q**    If you turn to the left, there was a closet on the

8    left side; is that right?

9    A    Correct.

10    **Q**    And what's the next door?

11    A    The attic door.

12    **Q**    Showing you Defendant's Exhibit Q, photograph

13    number 14, can you identify what that is?

14    A    Yes.  That's the kitchen sink in the upper front

15    apartment.

16    **Q**    Showing you Defendant's Exhibit Q photograph number

17    15, can you identify what's depicted in that photograph?

18    A    Okay.  That is a photo taken from inside of the

19    office area and showing into the rear apartment.  That is the

20    rear front room.  The first room after the first door and the

21    second door would be the rear kitchen.

22    **Q**    So that there appears to be a desk and a computer

23    there; is that right?

24    A    In the office, yes, that's a desk and a computer.

25    **Q**    Whose were those?

Burgin - Direct - Harrington

1      A    Those were mine.

2      Q    And that photograph, the open doorway there you

3  said goes into the rear apartment; is that correct?

4      A    Correct, yes.

5      Q    Now can you tell me was that door left open or was

6  that door kept locked?

7      A    Locked.

8      Q    Was there also a doorway into the office from

9  Mr. Lowman's apartment?

10     A    Yes, correct.

11     Q    Was that door open or was that kept locked?

12     A    Always kept locked.

13     Q    So if you were going to your apartment from the

14  outside to find your apartment in the rear, how would you

15  access your apartment?

16     A    I had two ways to access it.  I could access it

17  through Lowman's apartment or I can access it through the

18  rear of the bar.

19     Q    Did you ever go through Mr. Lowman's apartment to

20  get into your apartment or get into your office and then your

21  apartment?

22     A    Yes, I did.

23     Q    Was that a problem between the two of you?

24     A    No.

25     Q    And did you ever access your apartment by going to

Burgin - Direct - Harrington

1   the rear of the bar and going up the stairway?

2        A    Yes, I did.

3        Q    Showing you Defense Exhibit Q, photograph number

4   19, do you recognize what that is?

5        A    Yes, I do.

6        Q    Okay.  What's depicted in that photograph?

7        A    Okay.  That's a photo of the upper rear living

8   room.  And on the left-hand side you see the bathroom so that

9   would be the upper rear bathroom.  And on the right-hand side

10  you actually see the office.  And I think that's Jesse in

11  there inside the office.

12       Q    And there appears to be a chair in that photograph,

13  in that door, inside that door where you described as the

14  office; is that right?

15       A    Correct, yes, there was.

16       Q    Is that the same --

17       A    An office chair.

18       Q    Is that the same chair that was in the photograph

19  before looking the other way?

20       A    Correct, yes.

21       Q    And that, that door you said was locked all the

22  time; is that right?

23       A    Correct, yes.

24       Q    I'm showing you Defendant's Exhibit Q, photograph

25  number 16.  Can you identify what's depicted in that?

Burgin - Direct - Harrington

1     A     Okay.  We're still in the upper rear front room but

2 now you can actually see into the kitchen, the upper rear

3 kitchen.

4     Q     And is that the living room for the upper rear?

5     A     Yes.  This is the upper rear living room.

6     Q     So if you access the upper rear apartment coming

7 through from the office, is this what you would first see

8 when you came into the apartment?

9     A     Yes, correct.

10     Q     Showing you government -- or Defendant's Exhibit Q,

11 Exhibit 17, can you identify what's in that photograph?

12     A     All right.  There's a few things in this photo.

13 Rear inside the front room again, living room -- I'm sorry,

14 I'm calling it the front room.  You call it the living room.

15 We're inside the upper rear living room and to the left,

16 there's a bedroom.  That was my bedroom.

17          And in front you see the kitchen.  In the kitchen

18 you can actually see the sink and you can also see the door

19 that's open.  That door is the actual door that leads out to

20 the landing and the steps that you enter to come in to the

21 upper rear apartment.

22     Q     Okay.  And while not depicted in this photograph,

23 if it were, where would the couch be for the living room if

24 it was in this picture?

25     A     It would be to the right.  This is a glass table

Burgin - Direct - Harrington

1   right here where stuff is on top of, that's the glass table.

2   And to the right of that would be the couch.

3        Q    Showing you Defense Exhibit Q, number 18.  Can you

4   identify what's depicted in that photograph?

5        A    Okay.  That is the kitchen area of the upper rear

6   apartment.  That is the sink in the middle.  The door to the

7   left that's open is the door that would lead out to the

8   landing and the stairs that you come up to enter the

9   apartment.  The door to the right that's shut is the attic

10  door.  That is the only access to the attic would be through

11  that door.

12       Q    Is the attic door open or locked?

13       A    It was locked.

14       Q    Showing you a photograph from Defendant's Exhibit

15  R, photograph number 2.  Can you identify what's in that

16  photograph?

17       A    All right.  It's the office desk, the office chair.

18  The door is open that leads to the upper rear apartment.  I

19  see the printer.  That's the printer over there to the right.

20       Q    Is that the same chair and desk that we saw in the

21  other photograph?

22       A    Correct, yes.

23       Q    And were the doors out like that when you left that

24  night?

25       A    No, no.

Burgin - Direct - Harrington

1       **Q**    Showing you Defendant's Exhibit R, photograph
2   number 4, can you identify what's depicted in that?
3       A    That is the attic.  Those little snake things are
4   actually heat ducks.  They actually connect to the heating
5   system.  The heating unit is right over to the right-hand
6   side.  You see a chair.  I actually kept -- I stored my
7   office equipment from a prior business up there and a lot of
8   my files and paperwork and documents and stuff was kept in
9   the attic.
10      **Q**    Showing you Defendant's Exhibit R, photograph
11  number 5.  Can you identify what's depicted in that?
12      A    Okay.  This picture was taken from the upper front
13  kitchen.  And you can see straight ahead to the upper front
14  living room, the door to the left that's cracked open, that
15  will be the door that's to the attic.  And you see a
16  microwave, water cooler.
17      **Q**    Was that attic door left open or locked?
18      A    No, that attic door was always locked.  We didn't
19  even have a key to the attic door.
20      **Q**    Did you ever use it?
21      A    No, we never used the attic door.
22      **Q**    Now I'm going to show you what's been marked as
23  Defendant's Exhibit 13.
24      **MR. LYNCH:**  Well, I'm objecting because it's not
25  correct.  It's not correct.  We talked about the one issue.

Burgin - Direct - Harrington

1    If he fixes it, then I should be okay.

2         **MR. HARRINGTON:**  Judge, at this time I'm going to show

3    the witness a diagram of the second floor.

4         **MAGITRATE JUDGE SCHROEDER:**  And what is it marked,

5    Defendant's Exhibit what?

6         **MR. HARRINGTON:**  Exhibit 2.

7         **MAGITRATE JUDGE SCHROEDER:**  Exhibit 2.

8         **MR. HARRINGTON:**  Yes.

9         And I've shown it to Mr. Lynch.  There's a correction

10   that needs to be made to it but I'm offering it in evidence

11   and I'll have Mr. Burgin testify to what the correction

12   would be.

13        And we're not offering it as if it's to scale or

14   anything else like that.  It's just offered as an aide to the

15   Court to kind of put together everything we talked about in

16   the other photographs.

17        **MAGITRATE JUDGE SCHROEDER:**  Mr. Lynch?

18        **MR. LYNCH:**  Yes, Judge.  I just noticed an error in it

19   and I think Mr. Harrington's going to correct it with Mr.

20   Burgin.

21        And then I think if he offers it at that point, I won't

22   object for the limited purpose for which he wants to use it.

23        **MAGITRATE JUDGE SCHROEDER:**  Why don't you have him

24   correct the error first and then offer.

25        **Q**    Mr. Burgin, I'm showing you what's been marked as

Burgin - Direct - Harrington

1   Defendant's Exhibit T.  Can you identify what that is, first?

2       A    A schematic drawing of the upper 56 Grimes.

3       Q    And who prepared that?

4       A    I did.

5       Q    And that was from your memory of the place; is that

6   right?

7       A    Correct.

8       Q    Now, showing you to the left of the photograph, the

9   words "front landing" are written; is that right?

10      A    Correct.

11      Q    Is all of the writing on this your writing?

12      A    Yes, correct.

13      Q    Okay.  And above that, it shows a locked door to

14  the attic; is that correct?

15      A    You said above that?

16      Q    Yes.

17      A    Yes, correct.

18      Q    Okay.  Are there other doorways there?

19      A    Is there one door that's missing?

20      Q    Yes.

21      A    Yes, there's a door that's missing that should have

22  been right after the front landing door.  It should have been

23  that closet door.  It should have been a closet door in the

24  picture.

25      Q    In between the front landing and the locked door to

Burgin - Direct - Harrington

1   the attic, there should be another doorway and that's for the

2   closet?

3       A    Correct.

4       **MR. HARRINGTON:**  So I'd offer that now.

5       **MR. LYNCH:**  Judge, the only other thing is -- I mean,

6   I'd ask that the Court not consider the, necessarily the

7   descriptions of each one of them as we're agreeing that this

8   is the kitchen area, living room area.

9       But I agree for purposes of the diagram, that's the

10  identifications that Mr. Burgin has provided for these rooms.

11      **MAGITRATE JUDGE SCHROEDER:**  All right.  With that

12  representation, Defendant's Exhibit T is received in

13  evidence.

14      **Q**    Now, Mr. Burgin, if we looked at Exhibit T, you

15  indicated at the top in the left-hand corner what the

16  direction of north is; is that correct?

17      A    Correct.

18      **Q**    And is the top the front of the building for

19  56 Grimes?

20      A    Correct.

21      **Q**    And the upper say third of that or maybe

22  25 percent, was that Mr. Lowman's apartment?

23      A    Correct.

24      **Q**    And then you got right in the middle of the page it

25  says locked door and then -- correct?

Burgin - Direct - Harrington

1    A    Correct.

2    Q    And when you, when you drew this, there is a line

3  going through.  But is where that locked door, is that the

4  separation between his apartment and the office?

5    A    Correct.

6    Q    And down below that, the word "office" appears and

7  then below that it says "locked door" again, correct?

8    A    Correct.

9    Q    And is that area between the two locked door

10  indications, is that the office area you're referring to?

11    A    Correct, yes.

12    Q    But other than the two openings with the doors,

13  were there solid walls that separated Mr. Lowman's apartment

14  from the office and the rear apartment from the office?

15    A    Correct, yes.

16    Q    Now, over to the left of the up -- the locked door

17  that we just talked about, it says "bathroom", correct?

18    A    Correct.

19    Q    Right.  Is that Mr. Lowman's bathroom, the one

20  right underneath front landing?

21    A    Correct.

22    Q    And then down below that there's another bathroom;

23  is that right?

24    A    Correct.

25    Q    And whose bathroom was that?

Burgin - Direct - Harrington


1     A    That was my bathroom for the upper rear apartment.

2     Q    So was there a wall between your bathroom and the

3  office, also?

4     A    Correct.

5     Q    Is the only access to your bathroom from your

6  apartment?

7     A    Correct.

8     Q    Now, I moved the Exhibit 2 up a little bit on the

9  ELMO and there's -- is the rear apartment depicted in that

10 diagram?

11    A    Correct.

12    Q    And from the word "locked door" in the middle of

13 the page, at the bottom of the page, would that be the rear

14 apartment?

15    A    Correct.

16    Q    And down near the bottom of the photograph, there's

17 another phrase "locked door" and an arrow and it says

18 "landing back hall", correct?

19    A    Correct.

20    Q    Is that the rear steps entry to your apartment that

21 you described before?

22    A    Correct, yes.

23    Q    And in the lower left-hand corner it says "locked

24 door attic"; is that right?

25    A    Correct.

Burgin - Direct - Harrington

1    **Q**    And is that what you described before as the access

2    from your apartment to the attic?

3    A    Correct, yes.

4    **Q**    Did you have keys to that -- to the attic?

5    A    Yes, I did.

6    **MAGITRATE JUDGE SCHROEDER:**  Hold on.  I just want to see

7    the top part of that exhibit again.

8        So, are there two entrances to the attic, one from the

9    front apartment and one from the back?

10   **THE WITNESS:**  It was two doors, your Honor.  But the

11   door up front in the front apartment, it was locked.  We

12   didn't have a key to it.

13   **MAGITRATE JUDGE SCHROEDER:**  But there is --

14   **THE WITNESS:**  And there was no access.

15   **MAGITRATE JUDGE SCHROEDER:**  There is a door --

16   **THE WITNESS:**  There's a door.

17   **MAGITRATE JUDGE SCHROEDER:**  -- that actually indicates

18   that if you could get through it, you could get to the attic?

19   **THE WITNESS:**  Correct, yes.

20   **MAGITRATE JUDGE SCHROEDER:**  And I'm looking at the upper

21   left corner of Defendant's Exhibit T which says "locked door

22   to attic".

23   **THE WITNESS:**  Correct.

24   **MAGITRATE JUDGE SCHROEDER:**  And that's in the upper

25   front apartment, correct?

Burgin - Direct - Harrington

1     **THE WITNESS:**  Correct, yes.

2     **MAGITRATE JUDGE SCHROEDER:**  Okay.

3     **MR. LYNCH:**  And, Jim, can he just make a note on there

4  that there's a closet door on there with a pen so the marking

5  is complete.  Because then when that's viewed with that one

6  picture you have in Q, I think it's Q18, it's a little more

7  clear.

8     **MR. HARRINGTON:**  Judge, let the record show that the

9  upper left of this Exhibit 2, I have put a slash and written

10  the word "closet door" to conform with what Mr. Burgin said

11  about the second doorway there.  And I put a line between the

12  two.  Not a very good line.

13     **MAGITRATE JUDGE SCHROEDER:**  Right.  And that notation

14  that you made and my observation is made and exists between

15  the words "locked door to attic" on top and "locked door

16  front landing" beneath your entry, quote, locked or closet

17  door?

18     **MR. HARRINGTON:**  Right.

19     **MAGITRATE JUDGE SCHROEDER:**  All right.

20     **MR. GLABERSON:**  Yeah, thank you, Jim.

21     **Q**    Judge -- Mr. Burgin, let me show you what's been

22  marked as Defendant's Exhibit F and ask you if you can

23  identify that.

24     **MAGITRATE JUDGE SCHROEDER:**  That's F, as in Frank?

25     **MR. HARRINGTON:**  Yes.

Burgin - Direct - Harrington

1    A    Okay.  That is a old bill from my prior company

2  Fidelis Management, Inc.  That was a bill that would have

3  been in the attic.

4    Q    When did that company stop doing business?

5    A    '08, '09.

6    **MR. HARRINGTON:**  Judge, at this time we're going to play

7  just several small portions of the video that was taken.  I

8  may have Mr. Burgin comment on a few of those.

9    **MAGITRATE JUDGE SCHROEDER:**  Before you do that, are you

10  going to offer Defendant's Exhibit F?

11    **MR. HARRINGTON:**  I am, Judge.

12    **MAGITRATE JUDGE SCHROEDER:**  Mr. Lynch?

13    **MR. LYNCH:**  That was the Fidelis management letter?

14    **MR. HARRINGTON:**  Yeah.

15    **MR. LYNCH:**  Government Exhibit F --

16    **MAGITRATE JUDGE SCHROEDER:**  Defendant's.

17    **MR. LYNCH:**  -- you said?

18    **MAGITRATE JUDGE SCHROEDER:**  Defendant.

19    **MR. LYNCH:**  Sorry, I have it down.

20    No objection, Judge.

21    **MAGITRATE JUDGE SCHROEDER:**  Defendant's Exhibit F is

22  received in evidence.

23    (WHEREUPON, there was a pause in proceedings and a

24    discussion held off the record.)

25    **MR. HARRINGTON:**  Judge, I think we're ready to go.

Burgin - Direct - Harrington

1      **MAGITRATE JUDGE SCHROEDER:**  Is this video Government

2  Exhibit 17?

3      **MR. LYNCH:**  It is part of Government Exhibit number 17

4  which is the entire day for February 19th at 56 Grimes.  This

5  is just a compilation of portions of that, if that's what I

6  understand, Jim, correct?

7      **MR. HARRINGTON:**  Yes.

8      **MAGITRATE JUDGE SCHROEDER:**  But that's where it comes

9  from?

10     **MR. LYNCH:**  Correct.

11     **MR. HARRINGTON:**  It's part of 17 in evidence.  We just

12  took different parts because they were scattered all over the

13  place, Judge.

14     **MAGITRATE JUDGE SCHROEDER:**  I understand.

15     **MR. LYNCH:**  Jim, what number is this?  I'm sorry, I

16  apologize.

17     **MR. HARRINGTON:**  W?

18     **MAGITRATE JUDGE SCHROEDER:**  So you're now going to have

19  the compilation is Defendant's Exhibit W, as in Walter?

20     **MR. HARRINGTON:**  Yes, Judge.

21     **Q**    Mr. Burgin, showing you Defendant's Exhibit W that

22  appears on the screen which is already in evidence, appears

23  to be camera footage at 18:39:40 p.m.; is that correct?

24     A    Correct.

25     **Q**    What is depicted -- do you recognize what's

Burgin - Direct - Harrington

1    depicted in that photograph?

2       A    The front of 56 Grimes.

3       Q    Does that appear to be at nighttime?

4       A    Yes.

5       Q    If you could play it.

6       (Video playing, pause in proceedings.)

7       Q    Mr. Burgin, did you just review that approximately

8    minute of, a little bit less, of the film coverage

9    Defendant's Exhibit W?

10      A    Yes.

11      Q    And did you see some people coming to the front of

12   56 Grimes that you identified and then several of them go to

13   the side of the building; is that right?

14      A    Correct, yes.

15      Q    And one man appears to go around front; is that

16   right?

17      A    Correct.

18      Q    Now in that photograph, there appear to be two

19   steps there; is that right, down to the lower left?

20      A    Yes, correct.

21      Q    Where do those steps lead?

22      A    To the front door of 56 Grimes.

23      Q    And where did the -- where were the men that went

24   around the building at the top, where would they have been?

25   What would have been the nearest thing on the building for

Burgin - Direct - Harrington

1   them?

2       A     The front side door on the Milburn side.

3       Q     Okay.

4       (Video playing, pause in proceedings.)

5       **MR. HARRINGTON:**  Can you stop it.

6       Q     Mr. Burgin, do you recognize what's depicted in the

7   video from Defendant's Exhibit W and it's got 2/19/20 at

8   8:40:23 p.m., do you recognize what's depicted there now?

9       A     Yes.

10      Q     Okay.  What's that?

11      A     It's the stairs that lead to the upper front

12  apartment of 56 Grimes.  And the door that's open is the door

13  that's open from the Milburn side, the front side door.

14      **MR. HARRINGTON:**  Can you play it.

15      (Video playing, pause in proceedings.)

16      **MR. HARRINGTON:**  Okay stop it.

17      Q     Mr. Burgin, we just watched a minute or so of what

18  you just described as the stairway to the upstairs front

19  apartment.  And at 8:41:15 p.m., it appears that a number of

20  men have come up the stairs and are going into the apartment;

21  is that correct?

22      A     Correct.

23      Q     And would they be going into the front apartment of

24  56 Grimes?

25      A     Correct, the kitchen area immediately front upper

Burgin - Direct - Harrington

1    apartment.

2        **Q**    And you've seen this film before; is that right?

3        A    Correct.

4        **Q**    Do you know how many men came up there?

5        A    Nine.

6            (Video playing, pause in proceedings.)

7        **MR. HARRINGTON:**  Can you stop it.

8        **Q**    Mr. Burgin, can you identify what's shown in the

9    video at 2/19/20 at 8:42:21 p.m.?

10       A    The upper rear landing.  The stairs that lead to

11   the upper rear landing and a door that leads into the upper

12   rear apartment.

13       **Q**    And you testified earlier there was a camera above

14   that landing; is that correct?

15       A    Correct.

16       **MR. HARRINGTON:**  Go ahead.

17       (Video playing, pause in proceedings.)

18       **Q**    Mr. Burgin, it appeared in the part that was just

19   played that there were three men who came on to the landing;

20   is that right?

21       A    Correct.

22       **Q**    And where did they come from on to the landing?

23       A    From the kitchen of the upper rear apartment.

24       **MR. HARRINGTON:**  Can you play it.

25       (Video playing, pause in proceedings.)

Burgin - Direct - Harrington

1      **MR. HARRINGTON:**  Stop it.

2      **Q**    Mr. Burgin, the next part of the video that was

3  played, it shows -- it was about 8:43:30 -- it showed several

4  men come from the right of the photograph, right of the video

5  and go down the stairway; is that right?

6      A     Correct.

7      **Q**    And which stairway was that?

8      A     The stairways that lead to the upper front

9  apartment.

10     **Q**    The same one that you saw the nine men come up

11  before --

12     A     Correct.

13     **Q**    And were there seven men that went down then?

14     A     Yes, correct.

15     **MR. HARRINGTON:**  Go ahead.

16     (Video playing, pause in proceedings.)

17     **MR. HARRINGTON:**  Stop it.

18     **Q**    Mr. Burgin, on February 19th, 2020, at 8:44:10, did

19  you see two other men leave the upstairs and go down the

20  stairway?

21     A     Correct.

22     **Q**    And before that, did you see somebody come in the

23  side door and go up to the lower door?

24     A     Yes, they actually kicked the lower door.

25     **MR. HARRINGTON:**  All right.

Burgin - Direct - Harrington

1      (Video playing, pause in proceedings.)

2      **MR. HARRINGTON:**  Can you stop it.

3      **Q**    Mr. Burgin, showing you the next series on February

4  the 19th, 2020, at 8:44 approximately 37 or 35, it showed --

5  what did you observe in that scene?

6      A    Multiple agents coming in the front door of 56

7  Grimes street.  They're now in the lower entrance of 56

8  Grimes Street.

9      **Q**    Is that the doorway that you identified before with

10  the steps?

11      A    Correct, with the two steps, yes.  The front of the

12  building, 56 Grimes Street.

13      **MR. HARRINGTON:**  Okay.

14      (Video playing, pause in proceedings.)

15      **MR. HARRINGTON:**  Stop it.

16      (Pause.)

17      **MR. HARRINGTON:**  Stop.

18      **Q**    Mr. Burgin, in the next clip it shows that on

19  February 19th, 2020 at 8:45:10.  Can you identify what's in

20  that scene there?

21      A    All right.  On the right-hand side you see the

22  upper rear kitchen and that door is still open.  On the

23  left-hand side you see the stairs that lead to the upper

24  rear.  And at the bottom of the picture where the two guys

25  are, that was a door that was kicked or bust open from the

Burgin - Direct - Harrington

1    lower 56 Grimes inside of the bar.

2        (Video playing, pause in proceedings.)

3        **MR. HARRINGTON:**  Stop.

4        **Q**    The next series shows that February 19th, 2020 at

5    8:47:30, there appears to be a law enforcement officer coming

6    up the front stairway; is that correct?

7        A    Correct.

8        **MR. HARRINGTON:**  Play it.

9        (Video playing, pause in proceedings.)

10       **MR. HARRINGTON:**  Stop it.

11       **Q**    Now the next clip shows on February 19th, 2020, at

12   8:48:30, there appears to be one law enforcement officer

13   coming up the rear stairs, am I correct?

14       A    Correct.

15       **MR. HARRINGTON:**  Go ahead.

16       (Video playing, pause in proceedings.)

17       **MR. HARRINGTON:**  Can you stop it.

18       **Q**    Mr. Burgin, I'm showing you the next clip which is

19   February 19th, 2020 at 8:51:03.  Can you identify what you

20   see in that photograph?

21       A    On the left-hand side, I see the lower door that

22   enters the bar area.  I see the steps that lead to the upper

23   rear apartment.  On the right-hand side, I see half of a

24   agent who looks like he's rummaging through a bag.  He has

25   something in his hand.  I can't quite tell what it is but

Burgin - Direct - Harrington

1  that's what I saw.

2      **MR. HARRINGTON:**  Okay.  (Indiscernible.)

3      (Video playing, pause in proceedings.)

4      **MR. HARRINGTON:**  Can you stop it.

5      **Q**   Can you tell what's occurring in this at 8:51:11?

6      **A**   He pulled a green garbage out from basically behind

7  the door and he's rummaging -- I see his flashlight.  He's

8  rummaging through it.

9      **Q**   That's what you interpret it to be; is that right?

10     **A**   That's what I interpret it to be.

11     **MR. HARRINGTON:**  Go ahead.

12     (Video playing, pause in proceedings.)

13     **MR. HARRINGTON:**  Can you stop it, please.

14     **Q**   What did you see in that last little stretch from

15  say 8:40 to 8:51 -- sorry, 8:51:20 to 8:32?

16     **A**   On the left-hand side lower, I seen another agent

17  come through the door.  On the top right upper I saw him

18  still rummaging through, through the garbage.

19     **MR. HARRINGTON:**  Go ahead.

20     (Video playing, pause in proceedings.)

21     **MR. HARRINGTON:**  Stop it, please.

22     **Q**   In that clip at 8:51:44, what did you see happen,

23  the person that was in the (indiscernible)?

24     **A**   He left the green garbage alone.  He went over to

25  the area where the door is.  There's a white kitchen garbage

Burgin - Direct - Harrington

1    can.

2        Q    But he went to the right side of the photograph; is

3    that right?

4        A    Did he move to the right side of the photograph,

5    yes, correct.

6        **MR. HARRINGTON:**  Go ahead.

7        (Video playing, pause in proceedings.)

8        **MR. HARRINGTON:**  Stop it, please.

9        Q    At 8:51:50, what did you see in that clip?

10       A    An agent coming up the rear stairs and entered in

11   the upper rear kitchen.

12       **MR. HARRINGTON:**  Go ahead.

13       (Video playing, pause in proceedings.)

14       **MR. HARRINGTON:**  Would you stop it, please.

15       Q    Mr. Burgin, in the next part of the clip at

16   8:52:12, what did you see happen then?

17       A    I see something roll on to the floor, something

18   that probably came out of the bedroom.

19       Q    Okay.  You don't know where it came from?

20       A    No, I have no clue.

21       Q    But you saw something roll on the floor there?

22       A    Correct.

23       **MR. HARRINGTON:**  Go ahead.

24       **MAGITRATE JUDGE SCHROEDER:**  Wait a minute.  Can you roll

25   that back to around 8:52:10.

Burgin - Direct - Harrington

1      (Video playing, pause in proceedings.)

2      **MAGITRATE JUDGE SCHROEDER:**  Are you going to give me a

3 copy of this?

4      **MR. HARRINGTON:**  Yes.  Did you see what you wanted?

5      **MAGITRATE JUDGE SCHROEDER:**  I'll have to look at it a

6 lot closer.

7      (Video playing, pause in proceedings.)

8      **MR. HARRINGTON:**  Can you stop it.

9      **Q**    Mr. Burgin, the next clip shown is February 19th,

10 2020, camera 12 at 8:56, I'm going to start it around 45.

11 What did you see in that clip?

12     **A**    I saw two agents coming up the steps which lead to

13 the upper front apartment.

14     **MR. HARRINGTON:**  Go ahead.

15     (Video playing, pause in proceedings.)

16     **MR. HARRINGTON:**  Can you stop it.

17     **Q**    Mr. Burgin, the next clip is February 19th, 2020,

18 camera 12 at 8:59 started at about 06 and we stopped it at

19 59:28.  What did you see in that clip?

20     **A**    I saw a agent come up the steps.  Two more agents

21 coming up behind him.  The agent was pulling on a cord that

22 was connected to the wall, yanking at it.  Then another agent

23 came from the top, top landing from the upper rear -- upper

24 front apartment I'm sorry, from the upper front apartment.

25     **MR. HARRINGTON:**  Okay.  Go ahead.

Burgin - Direct - Harrington

1      (Video playing, pause in proceedings.)

2      **MR. HARRINGTON:**  Can you stop it, please.

3      **Q**    Continuing on camera 12 at 8:59:30, what did you

4   see there?

5      A    All the agents entered the upper front apartment.

6      **Q**    At least one more?

7      A    At least one more.

8      **Q**    Okay.

9      A    So a total of three now came and entered it.

10     **MR. HARRINGTON:**  All right.  Go ahead.

11     (Video playing, pause in proceedings.)

12     **Q**    Mr. Burgin, in the part that we just showed, it

13   was, again, camera 12 at 9:01 approximately 58.  What did you

14   see in that clip?

15     A    The same agent that was yanking at the cord came

16   back into the upper landing hallway and actually looks up at

17   the camera.  Then he goes out of view, comes back a few

18   seconds later and pushes the camera up facing the ceiling of

19   the wall.

20     **MR. HARRINGTON:**  Judge, that concludes this composite.

21     We have one more small clip to play which would be

22   another exhibit which would be X.

23     **MAGITRATE JUDGE SCHROEDER:**  X?

24     **MR. HARRINGTON:**  Yeah.

25     (WHEREUPON, there was a pause in proceedings and

59

Burgin - Direct - Harrington

1      a discussion held off the record.)

2          **MAGITRATE JUDGE SCHROEDER:**  Is this also a compilation

3     from Government Exhibit 17?

4          **MR. HARRINGTON:**  It's from Government Exhibit 17.  It's

5     just one little piece.

6          (WHEREUPON, there was a pause in proceedings.)

7          **MR. HARRINGTON:**  Go ahead.  I'm sorry.

8          (Video playing, pause in proceedings.)

9          **MR. HARRINGTON:**  Would you stop it there.

10         Judge, the portion of Defendant's Exhibit X that was

11    just played, there was part of the previous compilation but

12    this is entered because we went on a little bit longer.  So

13    if it looks familiar, we played it already.

14         But go ahead.

15         (Video playing, pause in proceedings.)

16         **MR. HARRINGTON:**  Judge, part of the reason that we

17    played that is that the film in that part for some reason

18    seems to be a little better than the other one.

19         With that, Judge, I have no further questions of Mr.

20    Burgin.

21         **MAGITRATE JUDGE SCHROEDER:**  Mr. Lynch.

22         **MR. LYNCH:**  Yes, thank you, Judge.

23         (WHEREUPON, there was a discussion held off the record.)

24    **CROSS-EXAMINATION BY MR. LYNCH:**

25         **Q**    Mr. Burgin, how long have you lived at -- before

Burgin - Cross - Lynch

1    you were incarcerated, how long did you live at 79 Brunswick?

2         A    Off and on for the last 20 years.  But prior,

3    probably the last 8, 8 to 10 years.

4         Q    Do you remember when you met with probation when

5    you filled out a bail report?

6         A    Yes.

7         Q    Do you remember telling them you resided there for

8    approximately 30 years?

9         A    It might have been 30.

10        Q    Might have been 30 years?

11        A    Yeah, I am 50 now, yeah, so it would have been

12   about 30, I'm sorry, not 20.

13        Q    Okay.  So --

14        A    It would have been 30.

15        Q    Did you -- is this a home you purchased?

16        A    No.  It's my family home.  It's my mother's home.

17        Q    So this is a home you, to a certain extent, grew up

18   in, I guess, at some point?

19        A    Yes, that's where 30 years --

20        Q    Okay.

21        A    Where the 30 years would come in, sir.

22        Q    And then when you were arrested, who were you

23   living at 79 Brunswick with?

24        A    Let me see.  It was me, my daughter, and my son.

25        Q    Was your sister there at all, either?

Burgin - Cross - Lynch


1     A     It was a family house.  She, she, she came all the

2     time.  Because, like I said, it's a family house.

3     Q     So your mom had moved out at some point and bought

4     another house?

5     A     Yes, correct.

6     Q     Okay.  So you said your mom purchased 56 Grimes in

7     about 2000?

8     A     Correct.

9     Q     And I want to refer now to sort of February of

10    2019.  You obviously had access to the premises, correct?

11    A     Correct.

12    Q     Ray Lowman had access to the premises, correct?

13    A     Correct.

14    Q     Rodney Pierce had access to the premises, correct?

15    A     Correct.

16    Q     Your mother had access to the premises, correct?

17    A     Correct.

18    Q     Your brother-in-law had access to the premises,

19    correct?

20    A     Correct.

21    Q     David Washington have access to the premises?

22    A     No.

23    Q     Who else had access to the premises besides the

24    people we talked about?

25    A     I'm not really sure.  My sisters would have had

Burgin - Cross - Lynch

1    access, I mean, whoever else had a key.

2        Q    Okay.  So -- and the keys would have access not

3    only to the lower but sometimes to that upper rear apartment,

4    correct?

5        A    No, everyone didn't have keys to my upper rear

6    apartment.

7        Q    Okay.  But your mom, though, did, correct?

8        A    No, actually, my mom didn't have keys to my upper

9    rear apartment.

10       Q    So who did the -- when you had events at the 56

11   Grimes -- you had events there, correct?

12       A    Okay, correct, yes.

13       Q    Okay.  And you said people had to bring their own

14   catered food, correct?

15       A    Correct.

16       Q    Now -- but you used the upstairs sometimes for

17   storing some of the supplies you used when food was catered

18   into the premises, correct?

19       A    No.

20       Q    No?

21       A    No.

22       Q    You didn't have any supplies up there relating to

23   the parties that you had at the premises?

24       A    No.

25       MR. LYNCH:  Okay.  Can we pull up Government Exhibit

Burgin - Cross - Lynch


1   Number 10.  One second, Judge.

2       (WHEREUPON, there was a pause in proceedings.)

3       **MR. LYNCH:**  If you could start with photograph 51.

4       **Q**    Do you see what's depicted on the screen in front

5   of here, Mr. Burgin?

6       A    Yes, correct.

7       **Q**    And this is a photograph from the kitchen area of

8   the upper rear apartment, correct?

9       A    Correct.

10      **Q**    Okay.  And do you see that there is at least, in

11  the bottom left-hand corner, several containers of sauces

12  (phonetic), is that correct?

13      A    Correct.

14      **Q**    And right above that, there's several foam serving

15  plates, correct?

16      A    Correct, yes.

17      **Q**    And then in the shelves above that, would you agree

18  that there's at least two bottles of Chiavetta's sauce there,

19  correct?

20      A    Correct, yes.

21      **Q**    And okay.  And then as we sort of go over to the

22  right on that same shelf, we've got, I mean, there must be

23  300 plates, paper plates and plastic plates there, correct?

24      A    Correct, yes.

25      **Q**    Can we go to the next photograph, 52.  Do you see

Burgin - Cross - Lynch

1    what's -- this is just a closer version of what was depicted

2    previously, connect?

3         A    Yes, yes.

4         Q    All right.  So we see those styrofoam plates.  But

5    do you also see sort of the metal casserole trays, I guess,

6    or --

7         A    Yes, correct.

8         Q    Okay.  And I think it's fair to say those are used

9    for serving food, large quantities of food, maybe baked

10   beans, whatever, just mac and cheese, whatever it could be?

11        A    Correct, yes.

12        Q    All right.  Can we go to the next photograph.

13             Now do you see this photograph here.  This is also

14   of the -- that same cabinet area, correct?

15        A    Correct, yes.

16        Q    And in there you can see right in front of us there

17   must be 500 straws, correct?

18        A    Correct, yes.

19        Q    And then right next to that on the right-hand side

20   are multiple plastic forks, correct?

21        A    Correct, yes.

22        Q    Okay.  So, now these were sometimes used for the

23   parties that you had, correct?

24        A    No.

25        Q    So why --

Burgin - Cross - Lynch

1      A      These --

2      Q      You had all these -- you had all these items stored

3   here for what purpose?

4      A      These are stuff that was left over after people had

5   parties.  And these are stuff that I would bring upstairs and

6   I would use.

7      Q      You were using all those straws?

8      A      Well, if there's a box of straws, I'm not going to

9   throw them away.

10     Q      Okay.  You used all that sauce?

11     A      No, it's still there.  That's why it's still there.

12  But --

13     Q      Okay.

14     A      -- that's when people have parties and leave

15  things.

16     Q      I'm not asking any more questions.

17     A      Oh, okay.

18     Q      Now, I'm going to show you what's been marked as

19  Government Exhibit Number 10, photograph number 1.  Do you

20  see those keys depicted in there?

21     A      Yes.

22     Q      Do you recognize those keys?

23     A      They're keys to the lock.

24     Q      Do you know whose keys they are?

25     A      No, I do not.

Burgin - Cross - Lynch

1    **Q**    So they are not your keys?

2    A    They could be.

3    **Q**    Well, do you recognize them?  They've got -- one of

4    them appears to have like a green plastic, I don't know, they

5    put it at the top of a key, you know those plastic things you

6    might put at the top of a key to identify it?

7    A    Yes.

8    **Q**    Do you see that there?

9    A    I see that, I see that there.

10   **Q**    Okay.  Did you have a key like that?

11   A    I don't recall.  I'm pretty sure I had a bunch of

12   keys.  I would know if it was my keys if it was like -- all

13   my keys was on one key ring so.  But I can say those are my

14   keys, I mean, but I'm not one hundred percent sure they --

15   **Q**    They could be --

16   A    -- would be my keys.

17   **Q**    -- your keys?

18   A    Yes, they definitely.

19   **Q**    Okay.  Could be --

20   A    Could be my keys.

21   **Q**    -- your keys, okay?

22   **MAGITRATE JUDGE SCHROEDER:**  All right.  One at a time.

23   You guys are overlapping.

24   **MR. LYNCH:**  Sorry, Judge.  That's more my fault than

25   Mr. Burgin's.

Burgin - Cross - Lynch

1      **Q**    So they could be your keys?

2      A    Yes, sir.

3      **Q**    Okay.  Now, this door is to the side door on

4  Milburn, correct?

5      A    Correct.

6      **Q**    And you said that that one, that line that went up

7  the stairwell was for a doorbell?

8      A    Yes, I thought it was a doorbell but it could have

9  been a security.  It's a doorbell or a security system.

10     **Q**    Okay.  Because --

11     A    One or the other.

12     **Q**    -- there doesn't appear to be a doorbell on this

13  door, correct?

14     A    Say that again.

15     **Q**    There does not appear to be a doorbell at this

16  door, correct?

17     A    No, there is a doorbell on that door.

18     **Q**    Okay.

19     **MAGITRATE JUDGE SCHROEDER:**  Wait a minute.

20     Every time you add the word "correct" and the witness

21  says "no", that indicates to me he's saying that's not

22  correct.  It's a habit most people have.

23     What he really is saying there isn't a doorbell,

24  correct?

25     **THE WITNESS:**  No, your Honor.  I'm saying there is a

68

Burgin - Cross - Lynch

1  doorbell on that door.

2      Q    Where is the doorbell on that door?

3      A    You can't see it in the picture.  But there's a

4  hundred percent -- I'm one hundred percent there is a

5  doorbell, a button that you can press and it will ring the

6  doorbell upstairs.

7      Q    Okay.  Where, where is it?  I mean --

8      A    It's not in --

9      Q    -- just --

10     A    -- that picture.

11     Q    I know it's not on the photo.  I'm just asking you

12  where it is.

13     A    I don't know.  Maybe up a little, maybe to the

14  right.  I have no clue but I'm 100 percent certain that

15  there's a doorbell.

16     Q    Okay.  But you're also saying now that that line

17  that -- the electric line that went up the stairwell could

18  either be for the security system --

19     A    Correct.

20     Q    -- or the doorbell?

21     A    Correct.

22     Q    Okay.  Now, if we can go to -- staying on this

23  exhibit.

24          Now, do you see the door locks on this outer black

25  door, correct?

Burgin - Cross - Lynch

1      A    Correct.

2      Q    Okay.  You see it.  And so that has not only a

3  handle lock but it also has a deadbolt lock, that's right?

4      A    Correct.

5      Q    And that's a black security door?

6      A    Correct, yes.

7      Q    And beyond that, though, is the door that's for the

8  entrance on the front Milburn side, correct?

9      A    Say that again.

10     Q    The next door, is that -- is the door that enters

11 on the front Milburn side of 56 Grimes?

12     A    Correct.

13     Q    Okay.  And that, again, also has a handle lock and

14 then a deadbolt lock, correct?

15     A    Correct.

16     Q    And if we go to 10, I'm not sure if it's 6 -- yeah.

17 Okay.

18          So, actually you can go to 10, 5 first.  Do you see

19 what's depicted in the screen in front of you?

20     A    Yes.

21     Q    That's Government Exhibit 10, Page five, correct?

22     A    Correct.

23     Q    And that just shows that the keys to this that were

24 on this key ring opened, I guess, the deadbolt on that front

25 Milburn door, correct?

Burgin - Cross - Lynch

1      A    Correct.

2      Q    If we go to the next picture, this key then opened

3  that same door on the Milburn side, just the door handle

4  part?

5      A    Correct.

6      Q    Now if we go to the next photo, you see the door

7  that's depicted in front of you here?

8      A    Yes.

9      Q    Now, this is that sort of three-quarter door right

10  at the bottom of the stairs, right?

11      A    Correct, yes, sir.

12      Q    All right.  And that doesn't have a handle, it

13  doesn't have a normal knob handle but it has a deadbolt on

14  it, correct?

15      A    Correct, sir.

16      Q    All right.  And, I mean, you had a key to that

17  deadbolt, correct?

18      A    Correct, sir.

19      Q    And, obviously, Mr. Lowman had a key to that

20  deadbolt, correct?

21      A    No, sir.

22      Q    So how did Mr. Lowman take care of your -- how did

23  he do the cleaning up at the parties if he didn't have access

24  to the downstairs area?

25      A    Mr. Lowman helped out after the party.

Burgin - Cross - Lynch

1    **Q**    Okay.

2    A    And Mr. Lowman, he really cleaned up the outside.

3    He didn't really clean up the area after (indiscernible).  He

4    was not the cleaning person.  He cleaned up the outside.  His

5    main purpose for living upstairs was it was his house and

6    security reasons because it's a bad neighborhood and people

7    broke in a lot.

8    **Q**    Okay.  So he had it for security reasons?  Right?

9    You had him there --

10    A    He was upstairs --

11    **Q**    -- for security?

12    A    Just having him in the building upstairs.

13    **Q**    But you --

14    A    He had no access to the downstairs.

15    **MAGITRATE JUDGE SCHROEDER:**  Wait a minute.  One at a

16    time.  One at a time.

17    **Q**    So he couldn't have accessed the lower front?

18    A    No, he couldn't access the lower front.

19    **Q**    Okay.

20    A    Only way he can access the lower front is if one of

21    us let him in the lower front.

22    **Q**    Okay.  But Mr. Pierce had a key to this door,

23    correct?

24    A    Yes.

25    **Q**    And your brother-in-law had a key to this door,

72

Burgin - Cross - Lynch

1    correct?

2        A    Well, actually, I'm not even sure if they had a key

3    to this door.  They can get -- they can unlock the front door

4    and open this door.  So I'm not sure, I'm not sure if they

5    had a key.  So I don't want to say they actually had a key to

6    this door.

7        Q    Okay.  But Mr. Pierce, I mean, he would enter that

8    front -- he entered the front of the building on the door on

9    Grimes Street, correct?

10       A    Yes, he can enter the front.

11       Q    Okay.

12       A    Mm-mm.

13       Q    And he could access the second floor once he

14   entered in the front of 56 Grimes --

15       A    Correct.

16       Q    -- correct?

17       A    Yes.

18       Q    Okay.

19       A    Any -- excuse me, I'm sorry.  Anybody that enters

20   the front door can now access that door.

21       Q    Okay.  So the same key for the front door is the

22   same key as this door?

23       A    No, it's not the key.  This is on the -- on the

24   other side is a turn knob.  It's not a key.

25       Q    I see.

Burgin - Cross - Lynch


1       A    That's what I'm trying to --

2       Q    I understand.

3       A    -- explain to you.

4       Q    I gotcha.

5       A    I'm sorry.

6       Q    Okay.  So once you're inside the --

7       A    The bar area.

8       Q    The bar area, you just turn the knob?

9       A    Exactly.

10      Q    I got it.  So it's when you're coming down from the

11  second floor, it only has this deadbolt?

12      A    Correct.

13      Q    Okay.  We can go to Government Exhibit 10, 12.

14           Now you see what's depicted in the screen in front

15  of you here?

16      A    Yes.

17      Q    Okay.  And that's the same set of keys that were in

18  the prior photographs, correct?

19      A    Correct.

20      Q    And what door is this key opening?

21      A    The front door.

22      Q    The front door that faces 56 or --

23      A    56.

24      Q    Faces Grimes?

25      A    56 Grimes, yes.

Burgin - Cross - Lynch

1    **Q**    Okay.

2    A    Correct.

3    **Q**    Now let's go to Government Exhibit 20 -- or Page 23

4   of Government Exhibit 10.

5         Now you see this -- see what the photograph that's

6   depicted in the screen in front of you?

7    A    Yes.

8    **Q**    Okay.  And that's the same key we talked about

9   before, correct?

10    A    Correct.

11    **Q**    Now, looking at this key, does this -- do you

12   recollect whether these are your keys?

13    A    To be honest, looking at these keys, I don't

14   honestly believe they my keys because I see a little mailbox

15   key on there and I didn't have that key with my keys.  So

16   that's the reason why.  But I'm not saying that it couldn't

17   be.  It could be possible --

18    **Q**    Okay.

19    A    -- but I just do not remember having a little

20   mailbox key on my keyring.

21    **Q**    Okay.  But this, you agree, opens the deadbolt that

22   enters the front apartment, front upper apartment at 56

23   Grimes?

24    A    Correct.

25    **Q**    Because the tile is the square tile not the diamond

Burgin - Cross - Lynch

1    tile --

2        A    Correct.

3        Q    -- right?  I mean -- I mean, that's what you said.

4    This is the straight tiles, right?

5        A    Hold on.  In the upper front apartment?

6        Q    Yeah.

7        A    Yes.

8        Q    Yeah, that's what -- so this key, this is the door

9    that's in that front part of the upper of 56 Grimes?

10       A    Correct, yes.

11       Q    All right.  Now, if we can go to 10, Page 43.

12   (phonetic).  Do you see what's depicted in the screen in

13   front of you, Mr. Burgin?

14       A    Yes.

15       Q    Okay.  Now, this is the upper front apartment that

16   you -- that's what you've called it, right?

17       A    Correct, yes.

18       Q    All right.  So this is Mr. Lowman's area, correct?

19       A    Correct, that's the kitchen area.

20       Q    Well, what are these, what are these things in the

21   shrinkwrap?

22       A    Those are kitchen cabinets.  The kitchen was going

23   to be remodeled.

24       Q    And who was doing the renovations for you?

25       A    Well, me and my brother -- my brother-in-law Eric

Burgin - Cross - Lynch

1    Johnson.  But it didn't end up being remodeled.

2        Q    What about in all those, the bags, there's a lot of

3    black plastic bags?

4        A    Yeah, I have no clue what those are.

5        Q    Okay.  And then there appears to be some, maybe

6    some New Year's Eve -- do you see on the far right-hand side,

7    there appears to be some New Year's Eve displays or something

8    like that?

9        A    (No response.)

10       Q    It looks like a champagne bottle on the far right,

11   do you see that?

12       A    Yes.  I have no clue what that would be.

13       **MR. HARRINGTON:**  Judge, I'm going to object to these.

14       **MAGITRATE JUDGE SCHROEDER:**  Are we looking at Government

15   Exhibit 10, photo 43?

16       **MR. LYNCH:**  Correct.

17       **MAGITRATE JUDGE SCHROEDER:**  Where do you see a champagne

18   bottle?

19       **MR. LYNCH:**  See on the far right, right there, Judge?

20       **MAGITRATE JUDGE SCHROEDER:**  Oh, you're talking about

21   a --

22       **MR. LYNCH:**  Yeah.

23       **MAGITRATE JUDGE SCHROEDER:**  -- card --

24       **MR. LYNCH:**  Like a --

25       **MAGITRATE JUDGE SCHROEDER:**  Cardboard --

Burgin - Cross - Lynch

1      **MR. LYNCH:**  Wall display, yes.

2      **MAGITRATE JUDGE SCHROEDER:**  All right.

3      A      Yeah, when you zoomed in -- whoever just zoomed in,

4  I see it says "it's my birthday".  So maybe Lowman or

5  somebody had a birthday or maybe someone gave that to Lowman.

6      Q      Okay.  But it wasn't yours?

7      A      Definitely wasn't mine, no.

8      Q      Okay.  And then there's a microwave there on the

9  left-hand side, correct?

10      **MR. HARRINGTON:**  Judge, I'm going to object to these

11  questions.  I don't know what they have to do with the issues

12  that we're talking about.  I offered all these photographs

13  primarily to show the Court where the building was and all

14  the rest of that.  Whatever was in this place, I don't think

15  it matters to what we're talking about here --

16      **MR. LYNCH:**  Judge --

17      **MR. HARRINGTON:**  -- especially --

18      **MR. LYNCH:**  I --

19      **MR. HARRINGTON:**  Especially the front apartment.

20      **MR. LYNCH:**  Well, I mean, one, I think it's important

21  for -- I'm going to ask Mr. Burgin about who had access to

22  the apartment and whose belongings are in particular portions

23  of the apartment.  That's all I'm asking.

24      **MAGITRATE JUDGE SCHROEDER:**  Well, there are two search

25  warrants at issue here.  The first search warrant was for the

Burgin - Cross - Lynch

1    lower front.  That was entered.  Then it was decided to get a

2    second search warrant for the upper apartment, rear.  So why

3    are we spending time on the upper front apartment?

4        **MR. LYNCH:**  I just want to make sure I understand the

5    layout and who has access to what areas.

6        **MAGITRATE JUDGE SCHROEDER:**  But all --

7        **MR. LYNCH:**  That's --

8        **MAGITRATE JUDGE SCHROEDER:**  All I'm concerned with is

9    the searches that were conducted pursuant to the two warrants

10   and each warrant.  As I've indicated, first search warrant

11   was for the lower front room or bar area and the second

12   search warrant was for the upper rear apartment.

13       **MR. LYNCH:**  Right.  And I just want to clarify --

14       **MAGITRATE JUDGE SCHROEDER:**  So --

15       **MR. LYNCH:**  -- who --

16       **MAGITRATE JUDGE SCHROEDER:**  I don't see why we have to

17   spend time on Mr. Lowman's apartment which is the upper

18   front.

19       **MR. LYNCH:**  Well, I just -- I'm not going to spend a lot

20   of time here, Judge.  I just ask that -- I mean, he has to

21   establish he had a reasonable expectation of privacy in the

22   area to be searched and I want to explore that.

23       **MAGITRATE JUDGE SCHROEDER:**  He stated his expectation of

24   privacy was in the apartment he used which is the upper rear.

25       **MR. LYNCH:**  Right.  But --

Burgin - Cross - Lynch

1      **MAGITRATE JUDGE SCHROEDER:**  So why are we spending time

2  on the front?

3      **MR. LYNCH:**  Because you can access -- I'll move on,

4  Judge.

5      **MAGITRATE JUDGE SCHROEDER:**  All right.

6      **MR. LYNCH:**  That's fine.

7      (WHEREUPON, there was a pause in proceedings.)

8      **Q**    Now you said that the office area was locked from

9  the front apartment, correct?

10     A    Correct.

11     **Q**    I first want to show you, this is Defendant's

12 Exhibit Q, Page 9.

13          Mr. Burgin, do you see what's depicted on the

14 screen in front of you?

15     A    Yes.

16     **Q**    Okay.  What area of the upper floor of 56 Grimes is

17 this?

18     A    The upper front living room, the upper front

19 apartment.

20     **Q**    Okay.  So, it this is Mr. Lowman's apartment?

21     A    Yes, Mr. --

22     **Q**    Okay.

23     A    -- Lowman's upper front apartment.

24     **Q**    What is this -- do you see the door that's on the

25 right-hand side there?  What door -- where does that door

Burgin - Cross - Lynch

1  take you?

2      A    To the kitchen.

3      Q    So that has just a handle that you push, you push

4  open?

5      A    Correct.

6      Q    Okay.  And then same with Defense Exhibit Q, this

7  is Page 13.  Do you see what's depicted in the screen in

8  front of you here?

9      A    Yes.

10     Q    Okay.  And so you said that -- we're going to deal

11 with the two doors that are past the stairway door, stairwell

12 door --

13     A    Okay.

14     Q    -- okay.

15     A    To the right-hand side?

16     Q    To the right-hand side of the photo.  The first one

17 is just to a closet, we all agree on that?

18     A    Correct.

19     Q    The next one's to the attic, correct?

20     A    Correct.

21     Q    All right.  And the lock on that door is just

22 the -- it looks like it's a skeleton key lock, correct?

23     A    Correct.

24     Q    All right.  And you said you didn't have a key to

25 that?

Burgin - Cross - Lynch

1     A    Correct.

2       Q    And this is Defense Exhibit Q, Page 15, do you see

3    that?

4     A    Yes.

5       Q    Okay.  And you said that this is a -- well, strike

6    that.

7            What view is this to?

8     A    A view from the office and you can see into my rear

9    apartment.

10      Q    And you said that this was a locked door, right?

11    A    Correct, yes.

12      Q    But this is just the same thing, it's just a

13    skeleton key lock, correct?

14    A    Keyword:  Skeleton key lock.

15    Q    Yeah.

16    A    Yes.

17    Q    That's what I said.

18    A    Specific --

19    Q    I said skeleton key --

20    A    Go ahead.

21    Q    -- lock --

22    A    Correct.

23    Q    -- right?

24    A    Mm-mm.

25    Q    I didn't misconstrue it.

Burgin - Cross - Lynch

1    A    No, you didn't.

2    Q    No, okay.  Other places --

3    MAGITRATE JUDGE SCHROEDER:  All right.

4    Q    -- have deadbolts?

5    MAGITRATE JUDGE SCHROEDER:  All right.

6    Q    Other --

7    MAGITRATE JUDGE SCHROEDER:  All right.

8    Q    -- ones --

9    MAGITRATE JUDGE SCHROEDER:  All right.

10   Q    -- have deadbolts?

11   MAGITRATE JUDGE SCHROEDER:  All right.  We don't need

12   argument.

13   MR. LYNCH:  No, I'm not.  I just, I just wanted to point

14   out other --

15   THE WITNESS:  I'm sorry.

16   MAGITRATE JUDGE SCHROEDER:  Ask him that question.

17   MR. LYNCH:  -- other ones had deadbolts.

18   Q    This had a skeleton key lock?

19   A    Correct.

20   Q    Yes.  That was all the point I wanted to make.

21        And Defense Exhibit Q, Page 18, do you see that

22   depicted in front of you?

23   A    Yes.

24   Q    And on your diagram, you have "locked door to the

25   attic", correct?

Burgin - Cross - Lynch

1     A    Correct.

2     Q    Okay.  But this -- the door there just has a

3 skeleton key lock, right?

4     A    Correct.

5     Q    Yep.  Skeleton key lock?

6     A    Skeleton key.  Now can I say one thing?

7     Q    No.

8     A    Okay.

9     Q    I was just going to ask you about that.

10    A    All right.

11    Q    The one -- the door on the left-hand side has a

12 deadbolt lock, correct?

13    A    Correct.

14    Q    Now we don't have a photo of the -- let me.  Just

15 one second.

16    (WHEREUPON, there was a pause in proceedings.)

17    Q    I'm going to give you Exhibit Q, Mr. Burgin.

18    A    Yes.

19    Q    I'm going to ask you to look through it.  Is there

20 a photo in there of a view from your office to the front

21 apartment?

22    A    No.

23    Q    No.

24    (WHEREUPON, there was a pause in proceedings.)

25    Q    Mr. Burgin, do you see the photograph depicted in

Burgin - Cross - Lynch


1   the screen in front of you?

2       A    Yes.

3       **Q**    What area of 56 Grimes is this?

4       A    That's the office.  And the door to the left leads

5   to the upper front apartment.  The other door that's over

6   here on the right leads to the closet.

7       **Q**    Okay.  So and the -- does this fairly and

8   accurately depict the way the office looked on February 19th

9   of 2020?

10      A    As far as the doors?

11      **Q**    Not --

12      A    Yes.

13      **Q**    The doors, yeah.

14      A    Yes.

15      **Q**    Okay.

16      **MAGITRATE JUDGE SCHROEDER:**  Let the --

17      **Q**    So --

18      **MAGITRATE JUDGE SCHROEDER:**  Let the record reflect that

19  the witness has been shown and has been looking at and

20  testifying about Government Exhibit 10, photo 39.

21      **MR. LYNCH:**  No.  So this is not.  I was going to get to

22  that next, Judge.

23      **MAGITRATE JUDGE SCHROEDER:**  Well --

24      **MR. LYNCH:**  I just wanted to lay the foundation for what

25  it is and then I'm going to explain where it came from.  It's

Burgin - Cross - Lynch

1    actually defense photos that were provided to us but they did

2    not mark for purposes of the hearing.

3        **MAGITRATE JUDGE SCHROEDER:**  So we've been talking about

4    an unmarked exhibit?

5        **MR. LYNCH:**  Correct.  I just wanted to first ask him if

6    he knew it.

7        So we want to mark this as Government Exhibit...  We're

8    going to mark it as Government Exhibit 20, Judge.  And we'll

9    print it out and provide a copy to the Court, if that's

10   acceptable to Mr. Harrington.

11       **MR. HARRINGTON:**  Yes, I have no objection to it being

12   admitted, Judge.

13       **MAGITRATE JUDGE SCHROEDER:**  All right.  There being no

14   objection, Government Exhibit 20 is received in evidence.

15       **Q**    And, Mr. Burgin, is it fair to say that the door

16   from the office to the front apartment just has a skeleton

17   key lock?

18       A    Yes, fair to say.

19       **Q**    Okay.

20       A    Fair to say.

21       **Q**    Now, did your mom's -- your mom is re -- is she

22   remarried?

23       A    Yes.

24       **Q**    So he's your stepfather, would that be fair to say?

25       A    Yes.

Burgin - Cross - Lynch

1    **Q**    Does he have access to 56 Grimes?

2    A    I don't think so.

3    **Q**    Okay.  So, I just -- so it's -- do we have anybody

4    else other than Mr. Copeland, you, Mr. Burgin -- or I'm

5    sorry, Mr. Pierce, your mom and Mr. Lowman, anyone else have

6    keys to the premises?

7    A    Honestly, the premises been there for years, so

8    we're talking 22 years.  I don't know who all has keys.

9    **Q**    But let's, let's deal with February of 2019, around

10   that time.  Anyone else that you can remember?

11   A    I'm pretty sure there's probably other people.  I

12   don't, I don't recall.

13   **Q**    Okay.  Now, there were several items found in the

14   attic, including, I mean, a large quantity of money --

15   **MAGITRATE JUDGE SCHROEDER:**  You --

16   **Q**    -- guns --

17   **MAGITRATE JUDGE SCHROEDER:**  You keep saying 2019.  Are

18   we talking about 2020?

19   **MR. LYNCH:**  2020.  I apologize.  2020.

20   **Q**    There were a large amount of currency, firearms and

21   drugs found out there, correct?

22   **MR. HARRINGTON:**  I object to this, Judge.  It doesn't

23   make any difference.  We're talking about suppression.  We're

24   not talking about whether he's guilty or not guilty or

25   anything else.

Burgin - Cross - Lynch


1    **MR. LYNCH:**  No, that's -- I want to know.

2    **Q**    The question is:  Were those items, did they belong

3    to you?

4    **MR. HARRINGTON:**  Judge, I object to him asking these

5    questions.  It's not relevant.

6    **MAGITRATE JUDGE SCHROEDER:**  These items were not the

7    subject of the search warrant, were they or they weren't

8    seized?

9    **MR. LYNCH:**  They were seized pursuant to the search

10   warrant.

11   **MAGITRATE JUDGE SCHROEDER:**  That's depicted in this

12   photograph.

13   **MR. LYNCH:**  No, no, no.  The money, drugs and firearms

14   that were found in the attic where his office equipment was

15   found.

16   **MAGITRATE JUDGE SCHROEDER:**  Oh, now you're getting into

17   the trial.

18   **MR. LYNCH:**  Well, no.  I want to find out if somebody

19   else had access to this area besides Mr. Burgin.

20   **MAGITRATE JUDGE SCHROEDER:**  Well, you spent about the

21   last 15 minutes on skeleton keys.  I assume that was what

22   your point was.  I'm not here to determine the guilt or

23   innocence of Mr. Burgin.  I'm only here to determine the

24   validity of the search that was conducted on February 19th,

25   2020, pursuant to two search warrants issued by Judge Case.

88

Burgin - Cross - Lynch

1        **MR. LYNCH:**  Right, Judge.

2        **MAGITRATE JUDGE SCHROEDER:**  We're not --

3        **MR. LYNCH:**  I'm trying to find out if --

4        **MAGITRATE JUDGE SCHROEDER:**  We're not here as to

5    ownership.  We are here as to a Fourth Amendment, whether it

6    was violated or not and whether Mr. Burgin had a reasonable

7    expectation of privacy to the premises that was the subject

8    matter of the two search warrants.

9        Who actually owned or claimed to have ownership to

10   whatever was seized is a matter at trial.

11       **MR. LYNCH:**  Well, Judge, but if, if -- if someone else

12   had access.  If these aren't Mr. Burgin's property, if that's

13   what he would say, then it's, it's -- someone else has access

14   to that area besides Mr. Burgin.  That's all I'm --

15       **MAGITRATE JUDGE SCHROEDER:**  All of which, I assume, will

16   be presented for a jury to determine at trial.  That's not

17   the purpose of this hearing.

18       The purpose of this hearing is whether there was a

19   legitimate search of the premises at 56 Grimes on

20   February 19th, 2020, when the premises were breached on two

21   separate occasions:  First one being pursuant to a search

22   warrant issued by Judge Case for the lower area, lower front

23   area, and then the second search warrant being issued by

24   Judge Case for the upper rear apartment, the attic and a

25   garage --

Burgin - Cross - Lynch


1     **MR. LYNCH:**  But this is --

2     **MAGITRATE JUDGE SCHROEDER:**  -- period.

3     **MR. LYNCH:**  I know.  It's a commercial premises.

4     **MAGITRATE JUDGE SCHROEDER:**  Sustained.

5     **Q**    You remember Defense Exhibit F which was that

6     photograph of the mail that was shown to you.  I forgot what

7     company it was.

8     **MAGITRATE JUDGE SCHROEDER:**  With the 79 Brunswick

9     address?

10     **MR. LYNCH:**  No, this was Fidelis Management.

11     **MAGITRATE JUDGE SCHROEDER:**  Yeah, but it's addressed to

12     79 Brunswick, isn't it?

13     **MR. LYNCH:**  No, it's a PO box.

14     **Q**    Do you see that in front of you Mr. Burgin?

15     **A**    Yes.

16     **Q**    I just wanted to make sure I understood what you

17     said -- what you testified about this.

18           What did you say about this envelope whether

19     Mr. Harrington asked but it?

20     **A**    What do you mean what did I say?

21     **Q**    Well, he asked you questions about this envelope,

22     correct?

23     **A**    Yes.

24     **Q**    Okay.  It was mailed, it was sent to you, right,

25     that PO box?

Burgin - Cross - Lynch

1      A    He didn't ask that.  But, yes, it's mine.

2      Q    Is that --

3      A    I said it was from a business.

4      Q    Right.  And was that from -- from what year was

5  this mail sent to you, do you recall?

6      A    I don't know about the year but I know I said it

7  was a while ago because --

8      Q    Yeah, is that what --

9      A    -- the business been closed for --

10     Q    Yeah.

11     A    -- years.

12     Q    Okay.

13     A    So it was a while ago.

14     Q    Right.

15     A    And I said it was up in the attic, a lot of my

16  stuff was stored in the attic --

17     Q    Okay.

18     A    -- from --

19     Q    So you said it was about eight years ago?

20     A    Business -- business equipment.

21     **MAGITRATE JUDGE SCHROEDER:**  Wait a minute.

22     A    Files.

23     **MAGITRATE JUDGE SCHROEDER:**  Wait a minute.

24     Q    Sorry, Judge.  I apologize.

25     **MAGITRATE JUDGE SCHROEDER:**  The transcriber's going

Burgin - Cross - Lynch

1   to --

2       **MR. LYNCH:**  I know, kill me.

3       **Q**    It was up in the attic, you said?

4       A    Yes.  I had --

5       **Q**    Okay.

6       A    -- files in the attic.  Office equipment in the

7   attic, computers in the attic.

8       **Q**    And you said the business was from about eight

9   years ago, right?

10      A    Eight years ago?  I said I might have stored it in

11  eight years ago, maybe.  I don't really recall what I -- my

12  exact wording was but, yeah, it would have been at least

13  eight or more years ago because I'm pretty sure the business

14  might have stopped in '09.  So --

15      **Q**    All right.  So this envelope you didn't toss out

16  like your normal practice of other receipts and things like

17  that?

18      A    No, because that went to a PO box and I never even

19  opened it so I didn't.  But it would have been upstairs with

20  other stuff that was filed.  There was boxes with different

21  files, taxes, all kind of things were up there.

22      **Q**    Now, you said that sometimes people paid to have

23  parties at the -- well, they'd make a donation for the use of

24  the premises, correct?

25      A    Correct.

Burgin - Cross - Lynch

1    **Q**    All right.  And what role did you have at the 56

2   Grimes as far as the management of the property?

3    A    Can you explain the question?  I mean --

4    **Q**    I think you --

5    A    When you say what role, what role did I have as --

6   for the whole building or what role did I have when someone

7   went to have a party?

8    **Q**    With the whole building, let's start with that.

9    A    Okay.  Well, the whole building I helped remodel

10  the building.  I had keys.  When people threw parties or

11  asked to throw parties or whatever, it depends who they ask,

12  which family member, people would ask me as far as scheduling

13  and make sure there wasn't no conflictions.

14   **Q**    And you -- this wasn't anything you got paid for,

15  correct?

16   A    No, correct.

17   **MR. LYNCH:**  Can we pull up for identification

18  Government's Exhibit (indiscernible).

19   **MAGITRATE JUDGE SCHROEDER:**  You're walking away from the

20  mike.

21   **MR. LYNCH:**  Sorry, Judge.

22   **Q**    We're going to mark for identification Government

23  Exhibit Number 21.  You see this photo depicted on the screen

24  in front of you?

25   A    Yes, correct.

Burgin - Cross - Lynch

1      Q    Okay.

2      A    I see it.

3      Q    And do you recollect that these were photos taken

4  by your attorney?

5      A    Yes.

6      Q    In, I think, April of 2021?

7      A    Correct.

8      Q    All right.  Does this fairly and accurately depict

9  the way out of the premises on -- strike that.

10          That's okay.  I just wanted to ask about it.  I'm

11  not going to offer it, Judge.

12     A    You don't want to talk about the champagne bottle?

13     Q    No.

14     A    I like you.  Sorry, sir.

15     Q    Did Mr. Pierce have access to the rear apartment?

16     A    Yes.

17     Q    So you remember when you testified about the

18  garbage can?

19     A    Yes.

20     Q    Okay.  And you said you always put the lid back on

21  or down, correct?

22     A    Correct.

23     Q    But if somebody else was in the apartment, they

24  could have left the lid up, correct?

25     A    Not if my supposedly mail is on top of it.  If

Burgin - Cross - Lynch

1    someone threw something --

2         **Q**    But --

3         A    -- that would be on top.

4         **Q**    Somebody could have gone in there who also had

5    access who lifted the lid up, correct?

6         A    Correct.

7         **Q**    Okay.

8         A    But not threw nothing in it.

9         **Q**    Eh.

10            All right, Mr. Burgin, thanks for your time today.

11        A    Thank you, sir.

12        **Q**    You're welcome.

13        **MR. HARRINGTON:**  I have no questions, Judge.

14        **MAGITRATE JUDGE SCHROEDER:**  All right.  You're excused,

15    Mr. Burgin.  Thank you.

16        **THE WITNESS:**  Thank you, your Honor.

17        (WHEREUPON, witness was excused.)

18        **MR. HARRINGTON:**  Judge, I have no further witnesses.  We

19    have a couple of exhibits we need to discuss that we agree to

20    go into evidence and then we got to make sure that we've got

21    everything in evidence that we want.

22        **MAGITRATE JUDGE SCHROEDER:**  Yeah, I was going to do a

23    review of the evidence that I have marked as in evidence.

24    But you're going to offer something else now?

25        **MR. HARRINGTON:**  Yes, Judge.

U.S. vs. Burgin - 20-CR-29

1        Judge, I'm going to offer the Defendant's Exhibit C.

2        **MAGITRATE JUDGE SCHROEDER:**  C.

3        **MR. HARRINGTON:**  Which is -- has not been testified to.

4   It's a timeline chart that was prepared by my office.  I

5   don't know if Mr. Lynch will stipulate to that or not but.

6        **MAGITRATE JUDGE SCHROEDER:**  Do you have a copy of that?

7        **MR. LYNCH:**  I do, Judge.  And I ...

8        Judge, I don't have -- I don't think anybody disputes

9   what was seen on the video so I don't think I'll have any

10  objection to it.

11       But I would just ask, Judge, if you would permit me to

12  comment on it if I have any issues with it in any pleadings

13  that I respond to for that purpose?

14       **MR. HARRINGTON:**  I agree to that, Judge.

15       **MAGITRATE JUDGE SCHROEDER:**  All right.  Subject to the

16  government's right to comment on Defendant's Exhibit C in

17  post-hearing memoranda, that exhibit is received in evidence.

18       **MR. HARRINGTON:**  Judge, I'm going to offer Exhibit M

19  which is a record of a visit to the gym by Mr. Burgin and his

20  sister on February the 19th of 2020.

21       **MR. LYNCH:**  You know, Judge, we don't have an objection

22  to that.  I guess earl -- I guess the parties agreed that

23  earlier in the day on February 19th, 2020, it appears Mr.

24  Burgin was at a gym.

25       **MAGITRATE JUDGE SCHROEDER:**  All right.  There being no

U.S. vs. Burgin - 20-CR-29

1  objection by the government, Defendant's Exhibit M, as in

2  Mary, is received in evidence.

3      **MR. HARRINGTON:**  Judge, I believe Q and R were received

4  when Mr. Burgin testified.

5      **MAGITRATE JUDGE SCHROEDER:**  They were.

6      **MR. HARRINGTON:**  Did S go in yet.

7      **MR. THOMPSON:**  No.

8      **MR. HARRINGTON:**  So I'm offering Exhibit S, Judge, which

9  is another photograph of bills and credit cards but he

10  testified to.

11      **MAGITRATE JUDGE SCHROEDER:**  I had it as being in

12  evidence.  Defendant's Exhibit F is the old bill addressed to

13  the defendant --

14      **MR. LYNCH:**  This is S --

15      **MAGITRATE JUDGE SCHROEDER:**  -- that was found in the --

16      **MR. LYNCH:**  -- as in Sam.

17      **MAGITRATE JUDGE SCHROEDER:**  -- attic.

18      **MR. HARRINGTON:**  S as in Sam.

19      **MR. LYNCH:**  S as in Sam.

20      **MAGITRATE JUDGE SCHROEDER:**  Oh, S.  I thought you were

21  saying F, I'm sorry.

22      **MR. LYNCH:**  Jim, this is part of our exhibit 10.

23      **MR. HARRINGTON:**  Is it?

24      **MR. THOMPSON:**  I think the first.

25      **MR. LYNCH:**  So we have no objection, Judge.

U.S. vs. Burgin - 20-CR-29

1      **MR. THOMPSON:**  The first one is part of your exhibit.

2      **MR. LYNCH:**  Yeah.  Well, I don't -- there's nothing on

3   the second page.

4      **MR. HARRINGTON:**  Yeah, I don't know why the second page

5   is there.

6      **MR. LYNCH:**  Okay.  So we have no objection to the

7   one-page Defense Exhibit S.

8      **MAGITRATE JUDGE SCHROEDER:**  And that is again is what?

9      **MR. LYNCH:**  S as in Sam.

10     **MR. HARRINGTON:**  Photograph of bills and credit cards.

11     **MAGITRATE JUDGE SCHROEDER:**  In the attic?

12     **MR. HARRINGTON:**  No, they were in the rear apartment.

13     **MAGITRATE JUDGE SCHROEDER:**  Okay.  That corresponds to

14   Government Exhibit 10.  Okay.

15     **MR. HARRINGTON:**  Judge, I'm going to offer Defense

16   Exhibit V.

17     **MAGITRATE JUDGE SCHROEDER:**  V as in Victor?

18     **MR. HARRINGTON:**  Right.  Which is a Cellebrite

19   extraction for a phone number, I believe Mr. Pierce's phone

20   number which was provided to me by Mr. Lynch.

21     (Indiscernible.)

22     **MR. HARRINGTON:**  That's in evidence.

23     **MR. LYNCH:**  Okay, no, I just want to make -- I thought

24   we were checking off to make sure we have everything.

25     **MR. HARRINGTON:**  He's just asking for offers right now.

U.S. vs. Burgin - 20-CR-29

1      **MAGITRATE JUDGE SCHROEDER:**  Right.  I'm going to run

2  through what I have as in evidence and then we can discuss.

3      So any objection to Defendant's Exhibit V as in Victor?

4      **MR. LYNCH:**  No objection, Judge.

5      **MAGITRATE JUDGE SCHROEDER:**  All right.  There being no

6  objection, Defendant's Exhibit V, as in Victor, is received

7  in evidence.

8      **MR. HARRINGTON:**  Judge, I just wanted to clarify whether

9  W and Y, those were our compilations of the tapes, they're

10  part of Government's Exhibit 17, I think.

11      (Indiscernible.)

12      **MR. HARRINGTON:**  W and X, I'm sorry.

13      **MR. LYNCH:**  Yes, we agreed to those compilations.  Those

14  are just clips of Government's Exhibit 17.

15      **MAGITRATE JUDGE SCHROEDER:**  All right.

16      **MR. HARRINGTON:**  And, Judge, one last thing, Government

17  Exhibit 3 and Defense Exhibit J are translations of the

18  conversations between Rodney Pierce and the confidential

19  informant.  And I provided to Mr. Lynch our version of a

20  translation.

21      It is my understanding that Mr. Lynch prepared, or

22  somebody with him, prepared the government exhibit and

23  Mr. Granville or Chief Granville adopted that as accurate.

24      We want the Court to listen to the conversations and to

25  compare the transcriptions of theirs and ours.

U.S. vs. Burgin - 20-CR-29

1       And, Judge, what I propose is I sent to Mr. Lynch before

2   a comparison of the two and identified where the changes

3   would be.  But I just did it with handwritten numbers.  I

4   propose to the Court, assuming that Court accepts what I'm

5   asking the Court to do, that we could file with you a cleaner

6   copy that compares the two so it would be easier for the

7   Court to listen to it and look at the two at the same time.

8       **MAGITRATE JUDGE SCHROEDER:**  And that you say was

9   Defendant's Exhibit J?

10      **MR. HARRINGTON:**  Yes.  Prosecution Exhibit 3 and

11  Defendant's Exhibit J.

12      **MR. LYNCH:**  I have on here, just so you know, Jim, on

13  your list that I got today, it says search warrant for

14  Cadillac.  So maybe and maybe this was just --

15      **MR. THOMPSON:**  It should be K, I think.

16      **MR. LYNCH:**  Yeah, K.

17      **MR. HARRINGTON:**  I take that back.

18      **MAGITRATE JUDGE SCHROEDER:**  K?

19      **MR. LYNCH:**  And, Judge, we have -- obviously the Court's

20  going to have to make a determination as to what the

21  recordings say.  So we have no objection to the Court

22  considering Government Exhibit 3 and Defense Exhibit K.

23      **MAGITRATE JUDGE SCHROEDER:**  All right.  So, Defendant's

24  Exhibit K is received in evidence.

25      **MR. HARRINGTON:**  I assume, Judge, with our briefs, we

U.S. vs. Burgin - 20-CR-29

1   can put whatever submission we have to you for our argument

2   about those, right?

3       **MAGITRATE JUDGE SCHROEDER:**  Right.

4       So, this is what I have as having been received in

5   evidence from the government.

6     **MR. LYNCH:**  Judge, if you could just hold on one second.

7   I apologize.  I just want to make sure I have my list in

8   front of me.  I just had it out and now I've shuffled my

9   papers so I apologize.  I have it now.

10      (WHEREUPON, there was a pause in proceedings.)

11    **MR. LYNCH:**  Mr. Glaberson found it for me.

12      Judge, Mr. Harrington and I would also agree to mark as

13  Government Exhibit Number 22 -- we'll mark as Government

14  Exhibit 22 and provide to the Court -- is the K9

15  certification of Deputy Galbraith's dog Aries.  Remember

16  Deputy Galbraith testified about his dog alerting on the --

17  Mr. Burgin's vehicle.  It's just he testified that his dog

18  was certified.  This is just the actual certification.

19      **MAGITRATE JUDGE SCHROEDER:**  Right.  Because I remember I

20  had a reaction to what was found in that context --

21      **MR. LYNCH:**  Right.

22      **MAGITRATE JUDGE SCHROEDER:**  That --

23      **MR. LYNCH:**  So we will --

24      **MAGITRATE JUDGE SCHROEDER:**  That is the K9 certification

25  on the hit?

U.S. vs. Burgin - 20-CR-29

1      **MR. LYNCH:**  Correct.  Well, this is just his --

2      **MAGITRATE JUDGE SCHROEDER:**  Affidavit.

3      **MR. LYNCH:**  DCJS, yeah, correct.  So we'll send that

4   over to Llane.

5      So we'd offer that.  No objection by the defense so that

6   would be admitted.

7      So, then, Judge, now if you want to begin the process of

8   identifying which exhibits you have in evidence.

9      **MAGITRATE JUDGE SCHROEDER:**  All right.  This is what I

10  have as far as the government's exhibits are concerned as

11  having been received in evidence.

12     1, 2, 3, 4.

13     Exhibit 5 was not offered or not received.  That was the

14  traffic tickets issued to Rodney Pierce.  They were marked as

15  identified on December 20, 2022, but not offered.

16     Continuing with exhibits received in evidence of the

17  government:

18     6, 7, 8, 9, 10, 11, 12, 13, 14.

19     Government Exhibit 15 which was the redacted cell phone

20  records for Chief Granville was marked for identification on

21  August 23rd, 2022 but not received in evidence.

22     Exhibit 16 was marked for identification and they were

23  the redacted cell phone records of Detective Pat McMahon

24  marked on August 23rd, 2022 but not offered or received in

25  evidence.

U.S. vs. Burgin - 20-CR-29

1        Government Exhibit 17 was received in evidence.

2        Government exhibit 18 was neither identified or

3    received.

4        I have nothing for -- I don't even have a Government

5    Exhibit 19.  I don't know what it is.

6        **MR. LYNCH:**  Yeah, we had the map of the -- to the

7    AutoZone but we ended up making that part of Exhibit 1 --

8        **MAGITRATE JUDGE SCHROEDER:**  Oh, all right.

9        **MR. LYNCH:**  -- so that didn't matter.

10        **MAGITRATE JUDGE SCHROEDER:**  Then I have as having been

11    received in evidence Government Exhibit 20 which was a

12    photograph.

13        Government Exhibit 21 which was the photo taken by

14    defense counsel.

15        And Government Exhibit 22 which is the K9 affidavit

16    positive hit.

17        **MR. LYNCH:**  Judge, I've spoken to Mr. Harrington and we

18    now agree -- we ask that you admit Exhibit 5 and 15 and 16.

19        **MAGITRATE JUDGE SCHROEDER:**  Mr. Harrington?

20        **MR. HARRINGTON:**  That's correct, Judge.

21        **MAGITRATE JUDGE SCHROEDER:**  All right.  So 5 is received

22    this 11th day of January 2023 and entered into evidence.

23        And Exhibit 15 of the government is received into

24    evidence this 11th day of January 2023.

25        16 is not.

U.S. vs. Burgin - 20-CR-29

1       **MR. LYNCH:**  Yeah, 16, also.

2       **MAGITRATE JUDGE SCHROEDER:**  So, 5, 15 and 16?

3       **MR. LYNCH:**  And 16, yep.

4       **MAGITRATE JUDGE SCHROEDER:**  And Government Exhibit 16 is

5   received in evidence this 11th day of January 2023.

6       **MR. LYNCH:**  Thank you, Judge.

7       Thank you, Mr. Harrington.

8       **MAGITRATE JUDGE SCHROEDER:**  So that is what I have as

9   far as government exhibits are concerned.

10      As to defense exhibits, I have received into evidence

11  Defendant's Exhibit Q with all of the subset numbers which

12  were the photos taken on April 5th 2021.

13      Defendant's Exhibit R with the subset numbers consisting

14  of photos taken some time in September of 2022.  Was it

15  September 14th?

16      **MR. LYNCH:**  Yeah, September 18th.

17      **MAGITRATE JUDGE SCHROEDER:**  September 18.

18      And those subsets consisted of Q1, Q3, Q4, Q5, Q6, Q7,

19  Q9, Q10, Q11, Q13, Q14, Q15.  Q19, Q16, Q17, Q18.

20      I also received Defendant's Exhibit R and the subset

21  photos numbers 2, 4, and 5.

22      **MR. LYNCH:**  Judge, we have no objection to the Court

23  looking at all the photos.  That's fine.

24      **MAGITRATE JUDGE SCHROEDER:**  And they're in evidence.

25      **MR. LYNCH:**  Yeah.

U.S. vs. Burgin - 20-CR-29

1          **MAGITRATE JUDGE SCHROEDER:**  I also received in evidence

2     Defendant's Exhibit T, as in Thomas.

3          And Defendant's Exhibit F.

4          I also received in evidence Defendant's Exhibit W.

5          I also received into evidence Defendant's Exhibits C, as

6     in Charles.

7          M, as in Mary.

8          S.

9          V, as in Victor.

10         K, as in Kenneth.

11         Have I covered them all?

12         **MR. LYNCH:**  I think so.

13         **MR. THOMPSON:**  Did you ask X, Judge?

14         **MAGITRATE JUDGE SCHROEDER:**  F, as in Frank?

15         **MR. THOMPSON:**  I'm talking about X.

16         **MAGITRATE JUDGE SCHROEDER:**  S, as in Schroeder, yes.

17         **MR. THOMPSON:**  X.

18         **MAGITRATE JUDGE SCHROEDER:**  Oh, X?

19         **MR. THOMPSON:**  X.

20         **MAGITRATE JUDGE SCHROEDER:**  That's about the third time

21     I've mixed those two up.

22         **MR. THOMPSON:**  Thank you, Judge.

23         **MR. LYNCH:**  And Mr. Glaberson made a point.

24         **MAGITRATE JUDGE SCHROEDER:**  Oh, Defendant's Exhibit X

25     was the video taken from -- the compilation video taken from

U.S. vs. Burgin - 20-CR-29


1    government's exhibit --

2        **MR. LYNCH:**  17.

3        **MAGITRATE JUDGE SCHROEDER:**  7?

4        **MR. LYNCH:**  17.

5        **MAGITRATE JUDGE SCHROEDER:**  17.

6        **MR. THOMPSON:**  Right.

7        **MAGITRATE JUDGE SCHROEDER:**  And there was no objection

8    to X?

9        **MR. LYNCH:**  Correct.

10       **MAGITRATE JUDGE SCHROEDER:**  So that's also in evidence,

11   right.

12       **MR. THOMPSON:**  And you said W?

13       **MAGITRATE JUDGE SCHROEDER:**  W, I said was in evidence.

14       **MR. LYNCH:**  And then the only other thing, Jim, and I

15   don't know if it got marked, the original warrant that we got

16   from the clerk's office the certified copy.

17       **MR. HARRINGTON:**  Oh, Judge, do you have P?  It should be

18   P1.

19       **MAGITRATE JUDGE SCHROEDER:**  P.

20       **MR. HARRINGTON:**  That would from the Erie County Clerk's

21   office.  P was the original you looked at and P1 was the --

22       **MR. LYNCH:**  With the whiteout.

23       **MAGITRATE JUDGE SCHROEDER:**  Yeah, that's the whiteout

24   when we had Judge Case testify.

25       **MR. LYNCH:**  Right.

U.S. vs. Burgin - 20-CR-29

1      **MR. HARRINGTON:** But P1 should be in evidence, too.

2      **MR. LYNCH:** Yeah, we agree with that.

3      **MAGITRATE JUDGE SCHROEDER:** All right. P1 is also --

4  Defendant's P1 is in evidence.

5      Anything else?

6      **MR. LYNCH:** No, Judge.

7      I think Mr.-- as far as the transcript goes, Judge,

8  we've already -- Mr. Harrington asked for the transcript from

9  the last proceeding which we should be getting soon, I think.

10      **MAGITRATE JUDGE SCHROEDER:** Okay. There are now going

11  to be three transcripts.

12      **MR. THOMPSON:** Right.

13      **MAGITRATE JUDGE SCHROEDER:** August 23rd or 22nd --

14      **MR. THOMPSON:** 22nd.

15      **MAGITRATE JUDGE SCHROEDER:** -- of 2022. December 19th

16  of 2022 and December 20th I assume will be in one transcript.

17  And then today's proceeding.

18      **MR. LYNCH:** Right. Yeah, so the 21st was Judge Case. I

19  think we got those ordered. We're waiting for them, I think.

20  And then we'll order today's transcript. So hopefully it

21  won't be too long before we have a complete copy of

22  everything.

23      **MAGITRATE JUDGE SCHROEDER:** What I'm going to do is I'm

24  going to order post-hearing memoranda no later than 30 days

25  after the transcript of today's proceedings are filed, which

U.S. vs. Burgin - 20-CR-29

1   I'm assuming will already include the August and the

2   December 2022 proceedings having been filed.

3      **MR. LYNCH:**  And, Judge, depending on when get that, I

4   want the Court to be aware I have surgery scheduled in

5   February.  It shouldn't be a lengthy recovery but I think for

6   at least one week I won't be working and the next week I'll

7   have to be at home.  So while I don't think it will interfere

8   with that timetable, depending on when we get the transcript,

9   I just don't want court to be surprised if --

10      **MAGITRATE JUDGE SCHROEDER:**  Obviously, if your health --

11      **MR. LYNCH:**  Okay.

12      **MAGITRATE JUDGE SCHROEDER:**  Certainly your health is the

13   most priority and we can always adjust the schedule.

14      **MR. LYNCH:**  Okay.

15      **MAGITRATE JUDGE SCHROEDER:**  Now, in the context of your

16   post-hearing memoranda, I'm not limiting anybody as to what

17   they think they need to bring to the attention of the Court

18   with respect to the issues that I have described as being the

19   validity of the searches conducted on February the 19th,

20   2020, at the premises located at 56 Grimes Street, Buffalo,

21   New York pursuant to two separate search warrants issued by

22   Judge Case.

23      What I would like the parties to focus on, in addition

24   to whatever else they may feel I need to be informed of, is

25   this:

U.S. vs. Burgin - 20-CR-29

1       The testimony of Detective or Captain Granville was

2   after I asked him directly why they went through the side

3   door of the building instead of front door.  And he testified

4   that Special Agent Webb said we should go through the side

5   door and he also testified that, well, it was dark or darker

6   in the front of the building.  You'll recall -- and it will

7   show in the transcript -- I also pointed out, however, in one

8   of the exhibits that was shown today with the front of the

9   building and the videos, the front of the building also was

10  lighted and we saw officers with very bright flashlights and

11  we also saw officers when they finally did go in the

12  building, perhaps the second or third time, went through the

13  front door.

14      You will also recall that the testimony was that when

15  they had followed Rodney Pierce from the AutoZone to 56

16  Grimes Street, they saw him go through front door.  This is

17  Captain Granville and the others.

18      And I believe they also said they went -- and they saw

19  Rodney Pierce carrying the black bag.  And they saw Rodney

20  Pierce come out of front door at 56 Grimes.  And I believe

21  there was testimony, as well, that they saw the defendant

22  allegedly, Mr. Burgin, go into 56 Grimes through front door.

23      I have obviously expressed my concern about Special

24  Agent Webb saying they should go through the side door when

25  all at the side door, as the video now established and the

U.S. vs. Burgin - 20-CR-29

1    testimony establishes both from government's witnesses and

2    the defendant himself, presented a stairway that went to the

3    second floor.

4         This is concerning in the context of the second search

5    warrant authorizing a search of the second floor upper rear

6    apartment and the attic and the garage wasn't signed by Judge

7    Case until 9:48 p.m.  The videos that were shown previously,

8    and again today, were all pre-9:48 p.m., February 19th, 2020.

9    We saw a number of law enforcement personnel going up those

10   stairs at around 8:49, 8:50 p.m.  Coming back down.  Then we

11   saw more officers go back up pre-9:43 p.m.  That is

12   pre-second search warrant going into that second floor area.

13        We also had the testimony of Captain Granville who said:

14   Well, he went back up there.  And I can't remember, I believe

15   it was Granville or maybe it was special agent, I think maybe

16   it was Special Agent Zabawa who went to the second floor

17   before the search warrant just to look around.

18        And I also asked either Granville or the agent whether

19   they were familiar with the term "crossing the threshold".

20   And the witness answered he was.

21        So, you can see that I have some focus on the timeline

22   of pre-9:48 p.m. search warrant and what started transpiring

23   at about 8:39 p.m. entry into the building, coupled with why

24   the side door entry when people were seen previously using

25   the front door and the first search warrant was for the front

U.S. vs. Burgin - 20-CR-29

1  lower level in the context of the Fourth Amendment and those

2  subsequent entries into the second floor area presearch

3  warrant of 9:48 p.m.  All right.

4       **MR. LYNCH:**  Thank you, Judge.

5       **MAGITRATE JUDGE SCHROEDER:**  All right.

6       **MR. HARRINGTON:**  Judge, just --

7       **MAGITRATE JUDGE SCHROEDER:**  In the meantime,

8  Mr. Harrington does the defendant acknowledge that his motion

9  to suppress the evidence seized on February 19th, 2020,

10 automatically caused the Speedy Trial Clock to stop and that

11 the clock will remain stopped until such time as the motion

12 itself has been resolved which will occur sometime after the

13 filing of the post-hearing memoranda and I do my Report and

14 Recommendation to the trial judge to whom this case has been

15 assigned and any objections to that Report and

16 Recommendations have been resolved?

17      **MR. HARRINGTON:**  Yes, Judge.

18      And, Judge, one thing the Court directed hearings on the

19 issue that we've just finished and there are other issues in

20 our motion that did not require a hearing but require --

21      **MAGITRATE JUDGE SCHROEDER:**  Right.  And I'm going to

22 have to address those.

23      **MR. HARRINGTON:**  -- decision.  So I assume that with our

24 brief filed, if we've got anything else?

25      **MAGITRATE JUDGE SCHROEDER:**  Yeah, cover anything else

U.S. vs. Burgin - 20-CR-29

1  that you feel needs to be covered.  I just want to put you on

2  notice where I have some concerns.

3       **MR. LYNCH:**  Thank you, Judge.

4       **MR. HARRINGTON:**  Thank you.

5       **MAGITRATE JUDGE SCHROEDER:**  Thank you, everyone.

6       (WHEREUPON, proceedings adjourned.)

7

8

9

10               *          *          *

11            **CERTIFICATE OF TRANSCRIBER**

12

13          In accordance with 28, U.S.C., 753(b), I

14  certify that this is a true and correct record of

15  proceedings from the official audio recording of the

16  proceedings heldin the United States District Court

17  for the Western District of New York

18  before Magistrate Judge H. Kenneth Schroeder, Jr.

19  on January 11, 2023.

20

21

22  S/ Diane S. Martens

23  Diane S. Martens
    Transcriber

24

25